John W. Dillon (SBN 296788)
jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNIFE RIGHTS, INC., ELIOT KAAGAN, JAMES MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA ATTORNEY GENERAL ROB BONTA, SAN DIEGO COUNTY SHERIFF KELLY MARTINEZ, AND SAN DIEGO COUNTY DISTRICT ATTORNEY SUMMER STEPHAN, <br><br> Defendants. | Case No. 23-CV-0474-JES-DDL <br><br> Judge: Hon. James E. Simmons, Jr. <br><br> **NOTICE OF RELATED CASES** <br><br> **(CivLR 40.1.f)** |

TO THE COURT, CLERK OF THE COURT, AND TO ALL PARTIES IN THE RELATED CASES REFERENCED BELOW:

PLEASE TAKE NOTICE that pursuant to S.D. CivLR 40.1.f, Plaintiffs Knife Rights, Inc., Eliot Kaagan, Jim Miller, Garrison Ham, North County Shooting Center, Inc., and PWGG L.P., ("Plaintiffs") hereby serve this Notice of Related Cases to show that this captioned action is related to another action within this District, namely, *Miller v. Bonta*, Case No. 3:19-cv-01537-BEN-JLB, filed August 15, 2019 (*Miller*).

The *Miller* action is a Second Amendment challenge to California's categorical prohibition, under Penal Code §§ 30515, 30600, 30605, 30800, and 30910, on firearms based on their features/characteristics (*e.g.*, detachable magazine, pistol grip, telescoping stock, etc). Such firearms are in common use for lawful purposes, including self defense and other lawful purposes.

The present case is related to *Miller* because both cases involve a Second Amendment rights challenge to California law categorically prohibiting the possession, carry, sale, offers for sale, loans, transfers, and gifting of of lawfully owned arms — in this case, common automatically opening knives (switchblades knives) — that are commonly possessed for lawful purposes and protected under the Second Amendment of the United States Constitution. Like the prohibition being challenged in *Miller,* the present case challenges the State's prohibition of other arms (automatically opening knives). Further, the two cases involve (a) some of the same parties (Plaintiffs James Miller and Poway Weapons and Gear; Defendant Rob Bonta, sued in both actions in his official capacity as Attorney General of the State of California); and (b) substantially the same facts and questions of law (*i.e.*, whether the state can prohibit the possession of arms based on their features/characteristics), an issue this District Court has adjudicated. Like the low-numbered case (*Miller*), this case also seeks declaratory and injunctive relief pertaining to the constitutionality

of state statutes under the Second Amendment.

Further, consideration of this matter, involving the legality of arms (specifically automatic knives) based on their features/characteristics would affect a saving of judicial effort and avoid or minimize the risk of multiple, inconsistent rulings and judgments within the same District.

Accordingly, and pursuant to CivLR 40.1.h, the Clerk of the Court is requested to report the related cases to "the judges concerned at the earliest date practicable."

Respectfully submitted this 17th day of March 2023.

DILLON LAW GROUP, APC

*/s/ John W. Dillon*
John W. Dillon

Attorneys for Plaintiffs

John W. Dillon (SBN 296788)
jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNIFE RIGHTS, INC., ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA ATTORNEY GENERAL ROB BONTA, SAN DIEGO COUNTY SHERIFF KELLY MARTINEZ, AND SAN DIEGO COUNTY DISTRICT ATTORNEY SUMMER STEPHAN, <br><br> Defendants. | Case No. 23-CV-0474-JES-DDL <br><br> Judge: Hon. James E. Simmons, Jr. <br><br> **PROOF OF SERVICE** |

# PROOF OF SERVICE

I declare that I am employed with the law firm of Dillon Law Group APC, whose address is 2647 Gateway Road Suite 105, No. 255, Carlsbad, California 92009. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on March 17 2023, I served a copy of the following document(s):

1.   NOTICE OF RELATED CASE.

**BY OVERNIGHT DELIVERY [Code Civ. Proc. sec. 1013(d)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by either Golden State Overnight or Federal Express, at 2647 Gateway Road Suite 105, No. 255, Carlsbad, California 92009 in accordance with Dillon Law Group APC's ordinary business practices.

I am readily familiar with Dillon Law Group APC's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Dillon Law Group APC's business practice the document(s) described above will be delivered to an authorized courier or driver authorized by Golden State Overnight, or Federal Express, to receive documents on the same date that it (they) is (are) placed at Dillon Law Group APC for collection.

## SEE ATTACHED LIST

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Carlsbad, California on March 17, 2023.

/s/ John W. Dillon
John W. Dillon

# ATTACHED SERVICE LIST

| | |
|---|---|
| Rob Bonta (SB No. 202668)<br>Attorney General of California<br>1300 I Street, Suite 125<br>Sacramento, California 95814 | ___ U.S. Mail<br>_X_ Overnight<br>___ Electronic<br>___ Personal |
| John W. Dillon (SB No. 296788)<br>Dillon Law Group APC<br>2647 Gateway Road, Suite 105, No. 255<br>Carlsbad, CA 92009<br>Phone: 760-642-7150 | ___ U.S. Mail<br>___ Overnight<br>___ Electronic<br>_X_ Personal |
| San Diego Sheriff Kelly Martinez<br>John F. Duffy Administrative Center<br>9621 Ridgehaven Ct.<br>San Diego, CA 92123<br>Phone 858-974-2222 | ___ U.S. Mail<br>_X_ Overnight<br>___ Electronic<br>___ Personal |
| San Diego County District Attorney Summer Stephan<br>Hall of Justice<br>330 W. Broadway<br>San Diego, CA 92101<br>Phone: 619-531-4040<br>Fax: 619-237-1351 | ___ U.S. Mail<br>_X_ Overnight<br>___ Electronic<br>___ Personal |