ROB BONTA
Attorney General of California
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General
ANTHONY P. O'BRIEN
Deputy Attorney General
State Bar No. 232650
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6002
  Fax: (916) 324-8835
  E-mail: Anthony.OBrien@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **KNIFE RIGHTS, INC., et al.,**<br><br>                Plaintiffs,<br><br>v.<br><br>**ROB BONTA et al.,**<br><br>                Defendants. | Case No. 3:23-cv-00474-JES-DDL<br><br>**DEFENDANT ROB BONTA'S SPECIAL APPEARANCE AND OBJECTION TO NOTICE OF RELATED CASE**<br><br>Courtroom: 4B<br>Judge: Hon. James E. Simmons, Jr.<br><br>Action Filed: March 15, 2023 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant Rob Bonta, in his official capacity as the Attorney General of the State of California ("Defendant Bonta"), hereby specially appears to object to the Notice of Related Case filed in his action. Dkt. 3.[1]

The Notice of Related Case contends that this action is related to *Miller v. Bonta*, Case No. 3:19-cv-01537-BEN-JLB (S.D. Cal.) (*Miller*). It is not. Under Local Civil Rule 40.1(g), an action may be related to another action where both actions involve (i) "some of the same parties and are based on the same or similar claims," (ii) the same "property, transaction, patent, trademark, or event," or (iii) "substantially the same facts and the same questions of law." Actions involve the same or similar "claims" where they arise out of the same nucleus of operative facts. *See Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 714 (9th Cir. 2001) (noting that claims are sufficiently similar for res judicata purposes where they "arise out of the same transactional nucleus of facts").

Both this action and *Miller* involve two common plaintiffs (James Miller and Poway Weapons and Gear), one common defendant (Attorney General Bonta, sued in his official capacity), and claims that the challenged state laws violate the Second Amendment, but the similarities end there. Plaintiffs' claims in this case do not involve the same "property, transaction, patent, trademark, or event" identified in *Miller*, which challenges provisions of California's Assault Weapons Control Act (Cal. Penal Code §§ 30515, 30600, 30605, 30800, and 30910). These provisions regulate firearms configured with certain combat-oriented features (e.g., flash suppressors, pistol grips, telescoping stocks, and barrel shrouds). But Plaintiffs here challenge an entirely different set of laws regulating completely different weapons—California's prohibition on the possession, carry, and sale of automatically opening

---

[1] Defendant Bonta has have not yet been served with a copy of the summons and complaint (Dkt. 1, 2). Defendant Bonta specially appears at this time for the limited purpose of asserting their objection to the Notice of Related Case.

1

knives with blade lengths of two inches and greater (Cal. Penal Code §§ 17235, 21510, 21590).  Dkt 1 at ¶¶ 39-64.

This action does not involve the same or similar claims, the same property, transaction or event, or substantially the same facts and legal questions as were presented in *Miller*.  Judicial resolution of this action therefore will involve consideration of different legislative records, different facts, and different evidence than those at issue in *Miller*.  Accordingly, it fails to satisfy any of the requirements for relatedness enumerated in Local Civil Rule 40.1(g).  The constitutionality of sections 17235, 21510, and 21590 may be assessed independently of *Miller* and the interests of judicial economy would not be served by deeming the instant action as related to that case.

Random assignment of cases guarantees "fair and equal distribution of cases to all judges, avoids public perception or appearance of favoritism in assignments, and reduces opportunities for judge-shopping." *J&K Prods., LLC v. Small Bus. Admin.*, 589 F. Supp. 3d 95, 97 (D.D.C. 2022) (internal quotation marks and citation omitted) (finding that the case plaintiff identified as related was in fact not related to two prior actions); *see also UCP Int'l Co. Ltd. v. Balsam Brands Inc.*, 261 F. Supp. 3d 1056, 1060 (N.D. Cal. 2017) ("Our random-assignment process aims to ensure the integrity of the judicial system and is taken quite seriously by our judges, to eliminate any hint of the appearance of judge- or case-shopping."). Particularly when weighed against these important concerns, Plaintiffs' failure to satisfy any of the requirements of Local Rule 40.1(g) weighs strongly against a finding that this action is related to *Miller*.

/ / /

/ / /

1      For these reasons, Defendant Bonta respectfully objects to the Notice of Related Case filed in this action.  Dkt. 3.

Dated:  March 20, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General

*/s/ Anthony P. O'Brien*

ANTHONY P. O'BRIEN
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

## CERTIFICATE OF SERVICE

Case Name: **Knife Rights, Inc., et al. v. California Attorney General Rob Bonta, et al.**

No. **3:23-cv-00474-JES-DDL**

I hereby certify that on March 20, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT ROB BONTA'S SPECIAL APPEARANCE AND OBJECTION TO NOTICE OF RELATED CASE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 20, 2023, at Sacramento, California.

Eileen A. Ennis
Declarant

/s/ Eileen A. Ennis
Signature

SA2023301419
37017805.docx