ROB BONTA
Attorney General of California
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General
ANTHONY P. O'BRIEN
Deputy Attorney General
State Bar No. 232650
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-6002
  Fax:  (916) 324-8835
  E-mail:  Anthony.OBrien@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his*
*official capacity as Attorney General of the*
*State of California*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### CIVIL DIVISION

| | |
|---|---|
| **KNIFE RIGHTS, INC., et al.** | Case No. 3:23-cv-00474-JES-DDL |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| **v.** | |
| **ROB BONTA, et al.,** | |
| Defendants. | |

The California Attorney General, counsel for Rob Bonta, in his official capacity as Attorney General of the State of California, hereby files this Notice of Appearance to inform the Court of assigned counsel for this proceeding.

1

1    Respondent hereby notifies the Court that the attorney with principal charge of

2    the case is as follows:

3    Anthony P. O'Brien, Deputy Attorney General
     1300 I Street, Suite 125
4    P.O. Box 944255
     Sacramento, CA 94244-2550
5    Telephone: (916) 210-6002
     E-mail: Anthony.OBrien@doj.ca.gov
6

7
     Dated: March 23, 2023                    Respectfully submitted,
8
                                              ROB BONTA
9                                             Attorney General of California
                                              BENJAMIN M. GLICKMAN
10                                            Supervising Deputy Attorney General

11
                                              /s/ Anthony P. O'Brien
12
                                              ANTHONY P. O'BRIEN
13                                            Deputy Attorney General
                                              *Attorneys for Defendant Rob Bonta,*
14                                            *in his official capacity as Attorney*
                                              *General of the State of California*
15
     SA2023301419
16   37028689.docx

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name: **Knife Rights, Inc., et al. v.**     No.    **3:23-cv-00474-JES-DDL**
           **California Attorney General**
           **Rob Bonta, et al.**

I hereby certify that on <u>March 23, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## NOTICE OF APPEARANCE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 23, 2023</u>, at Sacramento, California.

 

Eileen A. Ennis                                                             
Declarant                                                       Signature

SA2023301419
37030383.docx