1 | CLAUDIA G. SILVA, County Counsel (SBN 167868)
Office of County Counsel, County of San Diego
2 | TIMOTHY M. WHITE, Senior Deputy (SBN 220847)
1600 Pacific Highway, Room 355
3 | San Diego, California 92101-2469
Telephone: (619) 531- 5850; Fax: (619) 531-6005
4 | E-mail: Timothy.white@sdcounty.ca.gov

5 | Attorneys for Defendants Kelly Martinez, in her official capacity as Sheriff for the County of San Diego, and Summer Stephan, in her official capacity as District Attorney for the County of San Diego

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KNIFE RIGHTS, INC., ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG LP., <br><br>Plaintiffs, <br><br>v. <br><br>CALIFORNIA ATTORNEY GENERAL ROB BONTA, SAN DIEGO COUNTY SHERIFF KELLY MARTINEZ, AND SAN DIEGO COUNTY DISTRICT ATTORNEY SUMMER STEPHAN, <br><br>Defendants. | No. 23-cv-0474-JES-DDL <br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS KELLY MARTINEZ AND SUMMER STEPHAN TO RESPOND TO PLAINTIFFS' COMPLAINT—SO THAT THEIR RESPONSE IS DUE ON THE SAME DATE AS DEFENDANT ATTORNEY GENERAL BONTA'S RESPONSE TO THE COMPLAINT** <br>**[CivLR 7.2 and 12.1]** <br><br>Courtroom:   4B <br>Judge:          Hon. James E. Simmons, Jr. <br><br>Action Filed: March 15, 2023 |

///

///

Pursuant to Civil Local Rule 7.2 and 12.1, the parties: Plaintiffs Knife Rights, Inc., Eliot Kaagan, Jim Miller, Garrison Ham, North County Shooting Center, Inc., and PWGG L.P. (collectively, "Plaintiffs"); Defendant Rob Bonta, sued in his official capacity as the Attorney General of the State of California; Defendant Kelly Martinez, sued in her official capacity as the Sheriff for the County of San Diego; and Defendant Summer Stephan, sued in her official capacity as the District Attorney of the County of San Diego; by and through their respective counsel, hereby stipulate and jointly move the Court to extend the time for Defendants Martinez and Stephan to respond to Plaintiffs' Complaint (ECF No. 1), so that the deadline for them to file their response to the Complaint is the same date as Defendant Bonta's response to the Complaint is due, and for good cause shown, as follows:

## STIPULATION/JOINT MOTION

WHEREAS,

1. Plaintiffs filed this action and the initial Complaint against Defendants Bonta, Martinez, and Stephan, in their official capacities only, on March 15, 2023 [ECF No. 1];

2. The gravamen of Plaintiffs' Complaint is Plaintiffs' allegation that the enforcement of three California state statutes prohibiting or governing, among other things, the possession, carrying, and sale of certain knives—California Penal Code §§ 17235, 21510, and 21590—violates the Second Amendment rights of the individual plaintiffs and the organizational or business entity plaintiffs' members and/or customers;

3. Plaintiffs in their Complaint pray for a declaratory judgment that the above-referenced state statutes, and Defendants' enforcement of same, violate rights Plaintiffs assert are protected by the Second and Fourteenth Amendments to the United States Constitution, and further pray that each defendant be preliminarily and permanently enjoined from enforcing the above-referenced state statutes;

///

///

4. Defendants Martinez and Stephan were served with the Summons and Complaint on April 14, 2023, and thus absent a Court order they must respond to the Complaint by May 5, 2023 (21 days after service), Fed. R. Civ. P. 12(a)(1)(A)(i);

5. Defendant Bonta timely waived service of process under Fed. R. Civ. P. 4(d), and Defendant Bonta's response to the Complaint is therefore due on June 2, 2023 (60 days after the request for a waiver was sent), Fed. R. Civ. P. 12(a)(1)(A)(ii);

6. Because the thrust of Plaintiffs' Complaint and claims in this action is a constitutional attack on the enforcement of three state statutes, Defendants Martinez and Stephan anticipate that they will join any motion to dismiss the Complaint filed by Defendant Bonta, if Defendant Bonta chooses to file a motion to dismiss the Complaint (a decision that has not yet been made);

7. Accordingly, in order to have all Defendants' responses to the Complaint due on the same date, the parties stipulate and jointly move this Court for an order extending the time for Defendants Martinez and Stephan to respond to the Complaint from May 5, 2023 (their current deadline to respond to the Complaint) to June 2, 2023 (Defendant Bonta's deadline to respond to the Complaint); and

8. Good cause exists for the extension, as it is likely that the defendants will file a responsive motion under Rule 12, and Defendants Martinez and Stephan (sued in their official capacities as, respectively, the Sheriff and District Attorney for the County of San Diego) anticipate joining significant portions (and possibly all) of Defendant Bonta's Rule 12 motion (if he chooses to file one). Accordingly, the interests of judicial economy and efficiency will be best served by having all of the Defendants' responses to the Complaint due on the same date, which will allow for a single briefing and hearing schedule for the Defendants' responsive motions (if any are filed). Further, because Defendants Martinez and Stephan anticipate joining any such responsive motion filed by Defendant Bonta, such a joinder may not be possible if Defendants Martinez and Stephan were required to respond to the Complaint several weeks before Defendant Bonta's response is due.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendant Kelly Martinez, sued in her official capacity as the Sheriff for the County of San Diego, and Defendant Summer Stephan, sued in her official capacity as the District Attorney for the County of San Diego, to file their responses to Plaintiffs' Complaint by extended from May 5, 2023, to June 2, 2023, so that Defendants Martinez and Stephan's responsive pleadings will be due on the same date as the responsive pleading of Defendant Rob Bonta, sued in his official capacity as the Attorney General of the State of California.

DATED: May 1, 2023            CLAUDIA G. SILVA, County Counsel

By: s/Timothy M. White
    TIMOTHY M. WHITE, Senior Deputy
Attorneys for Defendants Kelly Martinez,
in her official capacity as Sheriff for the County
of San Diego, and Summer Stephan, in her
official capacity as District Attorney for the
County of San Diego
E-mail: Timothy.White@sdcounty.ca.gov

DATED: May 1, 2023            Respectfully submitted,

ROB BONTA, Attorney General of California
BENJAMIN M. GLICKMAN, Supervising Deputy Attorney General

By: s/Anthony P. O'Brien
    ANTHONY P. O'BRIEN, Deputy Attorney General
Attorneys for Defendant Rob Bonta, in his official
capacity as Attorney General of the State of California
E-mail:  Anthony.OBrien@doj.ca.gov

DATED: May 1, 2023            DILLON LAW GROUP APC

By: s/John W. Dillon
    JOHN W. DILLON
Attorney for Plaintiffs Knife Rights, Inc.,
Eliot Kaagan, Jim Miller, Garrison Ham, North County
Shooting Center, Inc., and PWGG L.P.