UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNIFE RIGHTS, INC.; ELIOT KAAGAN; JIM MILLER; GARRISON HAM; NORTH COUNTY SHOOTING CENTER, INC.; and PWGG LP.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA ATTORNEY GENERAL ROB BONTA; SAN DIEGO COUNTY SHERIFF KELLY MARTINEZ; and SAN DIEGO COUNTY DISTRICT ATTORNEY SUMMER STEPHAN,<br><br>Defendants. | Case No.: 23cv474-JES (DDL)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**[ECF No. 6]** |

    Before the Court is the parties' joint motion to extend the time for Defendants Kelly Martinez, sued in her official capacity as Sheriff for the County of San Diego, and Summer Stephan, sued in her official capacity as District Attorney for the County of San Diego, to respond to Plaintiffs' Complaint. ECF No. 6. Because certain defendants were served at different times, their answers are not currently due on the same date. The parties move the Court to consolidate the due date for all defendants to respond to the complaint to June 2, 2023. *Id.*

1   Good cause appearing therefor, the Court **GRANTS** the joint motion. Defendants
2 Kelly Martinez and Summer Stephan shall have up until **June 2, 2023**, to respond to
3 Plaintiffs' Complaint.
4   **IT IS SO ORDERED.**

Dated:  May 1, 2023

_____
Honorable James E. Simmons, Jr.
Unites States District Judge