CLAUDIA G. SILVA, County Counsel (SBN 167868)
Office of County Counsel, County of San Diego
TIMOTHY M. WHITE, Senior Deputy (SBN 220847)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5850; Fax: (619) 531-6005
E-mail: Timothy.white@sdcounty.ca.gov

Attorneys for Defendants Kelly Martinez, in her official capacity as Sheriff for the County of San Diego, and Summer Stephan, in her official capacity as District Attorney for the County of San Diego

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNIFE RIGHTS, INC., ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG LP., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA ATTORNEY GENERAL ROB BONTA, SAN DIEGO COUNTY SHERIFF KELLY MARTINEZ, AND SAN DIEGO COUNTY DISTRICT ATTORNEY SUMMER STEPHAN, <br><br> Defendants. | No. 23-cv-0474-JES-DDL <br><br> **PROOF OF SERVICE** <br><br><br> Courtroom: 4B <br> Judge: Hon. James E. Simmons, Jr. <br><br> Action Filed: March 15, 2023 |

I, the undersigned, declare, I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On June 2, 2023, I served the following documents:

///

///

No. 23-cv-0474-JES-DDL

1. ANSWER OF DEFENDANT KELLY MARTINEZ, IN HER OFFICIAL CAPACITY AS SHERIFF FOR THE COUNTY OF SAN DIEGO, AND DEFENDANT SUMMER STEPHAN, IN HER OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE COUNTY OF SAN DIEGO, TO PLAINTIFFS' COMPLAINT;

In the following manner:

**BY CM/ECF:** I caused to be transmitted a copy of the foregoing document(s) this date via the United States District Court's ECF System, in accordance with the rules governing the electronic filing of documents in the **United States District Court for the Southern District of California**, which electronically notifies all counsel as follows:

| **John W. Dillon**<br>**DILLON LAW GROUP APC**<br>2647 Gateway Road<br>Suite 105, No. 255<br>Carlsbad, CA 92009<br>Ph: (760) 642-7150<br>Fax: (760) 642-7151<br>Email: jdillon@dillonlawgp.com<br>(*Attorneys for Plaintiffs*) | ROB BONTA<br>Attorney General of California<br>Benjamin M. Glickman<br>Supervising Deputy Attorney General<br>**Anthony P. O'Brien**<br>**Deputy Attorney General**<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Ph: (916) 210-7805 Fax: (916) 324-8835<br>E-mail: Anthony.Obrien@doj.ca.gov<br>docketingsdawt@doj.ca.gov<br>ECFCoordinator@doj.ca.gov<br>eileen.ennis@doj.ca.gov<br>christina.lopez@doj.ca.gov<br>(*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*) |

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 2, 2023, at San Diego, California.

*Odette Ortega*
ODETTE ORTEGA