Rob Bonta, State Bar No. 202668
Attorney General of California
R. Matthew Wise
Supervising Deputy Attorney General
Christina R.B. López
Deputy Attorney General
Katrina Uyehara
Deputy Attorney General
State Bar No. 349378
  1300 I Street, Suite 125
  Sacramento, CA  94244-2550
  Telephone:  (916) 210-7867
  Fax:  (916) 324-8835
  E-mail:  Katrina.Uyehara@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KNIFE RIGHTS, INC., ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG L.P.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA ATTORNEY GENERAL ROB BONTA, SAN DIEGO COUNTY SHERIFF KELLY MARTINEZ, AND SAN DIEGO COUNTY DISTRICT ATTORNEY SUMMER STEPHAN,**<br><br>Defendants. | 3:23-cv-00474-JES-DDL<br><br>**JOINT MOTION OF ALL PARTIES SEEKING EXCUSAL FROM THE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Judge:   The Honorable James E. Simmons, Jr. and Magistrate Judge David D. Leshner<br>Action Filed: 3/15/2023 |

1

Plaintiffs Knife Rights, Inc., Jim Miller, Garrison Ham, Eliot Kaagan, North County Shooting Center, Inc., PWGG, L.P., Defendant Rob Bonta (in his official capacity as Attorney General of the State of California), and Defendants San Diego County Sheriff Kelly Martinez and San Diego County District Attorney Summer Stephan, through their respective counsel of record, and pursuant to Civil Local Rules 7.1 and 7.2, hereby jointly move the Court to excuse them from the Early Neutral Evaluation (ENE) conference set forth in Magistrate Judge David D. Leshner's June 7, 2023 Notice and Order Setting Early Neutral Evaluation Conference; Rule 26 Compliance; and Case Management Conference, ECF No. 10 (ENE Order). Good cause exists for recusal from the ENE conference generally.

Plaintiffs filed their initial complaint on March 15, 2023. ECF No. 1. Both Defendants filed their respective answers on June 2, 2023. ECF No. 8; ECF No. 9. Plaintiffs and Defendants' respective counsel met and conferred by conference call on July 14, 2023, pursuant to Federal Rules of Civil Procedure Rule 26(f) and paragraph 8(a) of the ENE Order.  During the call, counsel for Plaintiffs and Defendants discussed the possibility of settlement. All agreed that, due to the nature of the complaint, there is no potential for settlement of Plaintiffs' claims.

Plaintiffs believe that the challenged statutory provisions violate their constitutional rights under the Second Amendment to the U.S. Constitution. Plaintiffs seek injunctive and declaratory relief and nominal damages as to Defendants Sheriff Martinez and District Attorney Stephan. Plaintiffs will not dismiss the lawsuit unless Defendants cease enforcement of the challenged provisions.

It is Defendants' position that the challenged provisions are constitutional and duly enacted. Given the Attorney General's sworn duty to uphold the laws of the State, the Attorney General cannot excuse Plaintiffs from compliance with or application of the challenged provisions, or otherwise refuse to enforce the challenged provisions. Cal. Const., art. III, § 3.5.

All parties agree that in light of the parties' positions on the constitutionality of the challenged provisions, neither further discussion nor mediation will produce a settlement in this case. The parties respectfully request that the Court issue an order excusing them from the

requirement to participate in the ENE conference and its related requirements, including submission of confidential ENE statements as set forth in paragraph 5 of the ENE order.

Dated: July 20, 2023                             Respectfully submitted,

DILLON LAW GROUP APC

By: /s/ John Dillion
JOHN DILLION
*Attorney for Plaintiffs*

Dated: July 20, 2023                             ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General

By: /s/ Katrina Uyehara
KATRINA UYEHARA
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

CLAUDIA G. SILVA
Dated: July 20, 2023                             San Diego County Counsel

By: /s/ Timothy M. White
TIMOTHY M. WHITE
Senior Deputy Attorney
*Attorneys for Defendants Kelly Martinez, in his official capacity as Sheriff for the County of San Diego, and Summer Stephan, in her official capacity as District Attorney for the County of San Diego*

# CERTIFICATE OF SERVICE

Case Name: **Knife Rights, Inc., et al. v. California Attorney General Rob Bonta, et al.**   No.   **3:23-cv-00474-JES-DDL**

I hereby certify that on July 20, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT MOTION OF ALL PARTIES SEEKING EXCUSAL FROM THE EARLY NEUTRAL EVALUATION CONFERENCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on July 20, 2023, at Sacramento, California.

Eileen A. Ennis
Declarant

/s/ Eileen A. Ennis
Signature

SA2023301419
37353792.docx