ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
CHRISTINA R.B. LÓPEZ
Deputy Attorney General
KATRINA UYEHARA
Deputy Attorney General
State Bar No. 349378
  1300 I Street, Suite 125
  Sacramento, CA  94244-2550
  Telephone:  (916) 210-7867
  Fax:  (916) 324-8835
  E-mail:  Katrina.Uyehara@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNIFE RIGHTS, INC., ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG L.P., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA ATTORNEY GENERAL ROB BONTA, SAN DIEGO COUNTY SHERIFF KELLY MARTINEZ, AND SAN DIEGO COUNTY DISTRICT ATTORNEY SUMMER STEPHAN, <br><br> Defendants. | 3:23-cv-00474-JES-DDL <br><br> **DECLARATION OF KATRINA UYEHARA IN SUPPORT OF JOINT MOTION OF ALL PARTIES SEEKING EXCUSAL FROM THE EARLY NEUTRAL EVALUATION CONFERENCE** <br><br> Judge:    The Honorable James E. Simmons, Jr. and Magistrate Judge David D. Leshner <br> Action Filed:  3/15/2023 |

1

I, Katrina Uyehara, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am authorized to appear before the above-entitled Court. I am employed as a Deputy Attorney General for the California Attorney General's Office within the California Department of Justice. I am assigned to represent Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, in this action.

2. I am fully informed of the facts and legal issues in this case.

3. The Court's June 7, 2023 Order (ENE Order) set an Early Neutral Evaluation Conference (ENE conference) for August 7, 2023. ECF No. 10. By the Joint Motion concurrently filed by the parties, the parties respectfully request that the Court excuse all parties from the ENE conference and related requirements of the ENE Order.

4. Good cause exists to excuse all parties from the ENE conference and related requirements. Plaintiffs and Defendants' respective counsel met and conferred by conference call on July 14, 2023, pursuant to Federal Rules of Civil Procedure Rule 26(f) and paragraph 8(a) of the ENE Order requiring the parties to meet and confer by no later than July 17, 2023. I participated in that call. During the conference, counsel for Plaintiffs and Defendants discussed the possibility of settlement. All agreed that, due to the nature of the complaint, there is no potential for settlement of Plaintiffs' claims.

5. From the call and the concurrently filed motion, I understand that Plaintiffs will not dismiss the lawsuit unless Defendants cease enforcement of the challenged provisions.

6. It is Defendants' position that the challenged provisions are constitutional and duly enacted. Given the Attorney General's sworn duty to uphold the laws of the State, the Attorney General cannot excuse Plaintiffs from compliance with or application of the challenged provisions, or otherwise refuse to enforce the challenged provisions. Cal. Const., art. III, § 3.5. Accordingly, absent a complete dismissal of Plaintiffs' claims, there is no ground on which the parties can reach any settlement.

2

Declaration of Katrina Uyehara in Support of Joint Motion of All Parties Seeking Excusal From the Early Neutral Evaluation Conference (3:23-cv-00474-JES-DDL)

I, Katrina Uyehara, affirm under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct of my own knowledge, and that this declaration is executed on 20th day of July 2023 at Sacramento, California.

/s/ Katrina Uyehara
KATRINA UYEHARA
Deputy Attorney General

3

Declaration of Katrina Uyehara in Support of Joint Motion of All Parties Seeking Excusal From the Early Neutral Evaluation Conference (3:23-cv-00474-JES-DDL)

# CERTIFICATE OF SERVICE

Case Name: **Knife Rights, Inc., et al. v. California Attorney General Rob Bonta, et al.**

No. **3:23-cv-00474-JES-DDL**

I hereby certify that on July 20, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF CHRISTINA R.B. LOPEZ IN SUPPORT OF JOINT MOTION OF ALL PARTIES SEEKING EXCUSAL FROM THE EARLY NEUTRAL EVALUATION CONFERENCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on July 20, 2023, at Sacramento, California.

Eileen A. Ennis
Declarant

*/s/ Eileen A. Ennis*
Signature

SA2023301419
37353813.docx