| | |
|---|---|
| 1 | ROB BONTA, State Bar No. 202668 |
| | Attorney General of California |
| 2 | R. MATTHEW WISE, State Bar No. 238485 |
| | Supervising Deputy Attorney General |
| 3 | JANE REILLEY, State Bar No. 314766 |
| | KATRINA UYEHARA, State Bar No. 349378 |
| 4 | Deputy Attorneys General |
| |   455 Golden Gate Avenue, Suite 11000 |
| 5 |   San Francisco, CA  94102-7004 |
| |   Telephone:  (415) 510-3879 |
| 6 |   Fax:  (415) 703-5480 |
| |   E-mail:  Jane.Reilley@doj.ca.gov |
| 7 | *Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KNIFE RIGHTS, INC., ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG L.P.,** | 3:23-cv-00474-JES-DDL |
| | **NOTICE OF APPEARANCE** |
| Plaintiffs, | |
| v. | |
| **CALIFORNIA ATTORNEY GENERAL ROB BONTA, SAN DIEGO COUNTY SHERIFF KELLY MARTINEZ, AND SAN DIEGO COUNTY DISTRICT ATTORNEY SUMMER STEPHAN,** | |
| Defendants. | |

The California Attorney General, counsel for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, hereby files this Notice of Appearance to inform the Court of assigned counsel for this proceeding.

1

Counsel hereby notifies the Court that, along with Deputy Attorney General Katrina Uyehara, the attorney with principal charge of the case is as follows:

Jane Reilley, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 510-3879
E-mail:  Jane.Reilley@doj.ca.gov

Dated:  August 21, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
KATRINA UYEHARA
Deputy Attorney General

s/ Jane Reilley
JANE REILLEY
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

SA2023301419
43844786.docx

# CERTIFICATE OF SERVICE

Case Name:   *Knife Rights, Inc., et al. v. Rob Bonta, et al.*

Case No.     **3:23-cv-00474-JES-DDL**

I hereby certify that on <u>August 21, 2023</u>, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE (DEPUTY ATTORNEY GENERAL JANE REILLEY)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished electronically by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on <u>August 21, 2023</u>, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|:---:|:---:|
| Declarant | Signature |