UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNIFE RIGHTS, INC., et al.,<br><br>                 Plaintiffs,<br><br>v.<br><br>CALIFORNIA ATTORNEY GENERAL ROB BONTA, et al.,<br><br>                 Defendants. | Case No.:  23-cv-474-JES-DDL<br><br>**FILED ON PUBLIC DOCKET**<br><br>**NOTICE OF VIDEOCONFERENCE INFORMATION FOR SEPTEMBER 25, 2023 STATUS CONFERENCE** |

    A Status Conference has been scheduled in this matter for **September 25, 2023** at **9:00 a.m.**  Counsel must use the videoconference link below to appear at the Status Conference and should log in at least five minutes prior to the scheduled start time.

    David Leshner is inviting you to a scheduled ZoomGov meeting.

    Topic: Status Conference | Knife Rights v. Bonta, No. 23-cv-474
    Time: Sep 25, 2023 09:00 AM Pacific Time (US and Canada)

    Join ZoomGov Meeting
    https://casd-uscourts-gov.zoomgov.com/j/1606021408?pwd=V2cvWkgxalFQNmpjWW5oNFV5QzNGdz09

Meeting ID: 160 602 1408
Passcode: 337829
---
One tap mobile
+16692545252,,1606021408# US (San Jose)
+14154494000,,1606021408# US (US Spanish Line)
---
Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)
• +1 669 216 1590 US (San Jose)
• +1 646 964 1167 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)
• +1 646 828 7666 US (New York)

Meeting ID: 160 602 1408

Find your local number: https://casd-uscourts-gov.zoomgov.com/u/ad51o1g53s
---
Join by SIP
• 1606021408@sip.zoomgov.com
---
Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 160 602 1408
Passcode: 337829

The Status Conference is not a confidential proceeding and the Clerk of Court is respectfully requested to file this notice on the public docket. Any questions regarding the Status Conference may be directed to the Court's staff at (619) 837-6526.