1  CLAUDIA G. SILVA, County Counsel (SBN 167868)
2  By: TIMOTHY M. WHITE, Senior Deputy (SBN 220847)
   Office of County Counsel, County of San Diego
   1600 Pacific Highway, Room 355
3  San Diego, California 92101-2469
   Telephone: (619) 531- 5850; Fax: (619) 531-6005
4  E-mail: Timothy.white@sdcounty.ca.gov

5  Attorneys for Defendants Kelly Martinez, in her official capacity as Sheriff for the
   County of San Diego, and Summer Stephan, in her official capacity as District Attorney
6  for the County of San Diego

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNIFE RIGHTS, INC., ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG LP., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA ATTORNEY GENERAL ROB BONTA, SAN DIEGO COUNTY SHERIFF KELLY MARTINEZ, AND SAN DIEGO COUNTY DISTRICT ATTORNEY SUMMER STEPHAN, <br><br> Defendants. | No. 23-cv-0474-JES-DDL <br><br> **JOINT MOTION FOR ORDER ON STIPULATION OF THE PARTIES TO DISMISS PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE AS TO DEFENDANTS SAN DIEGO COUNTY SHERIFF KELLY MARTINEZ AND SAN DIEGO COUNTY DISTRICT ATTORNEY SUMMER STEPHAN** <br> **[Fed. R. Civ. P., Rule 41(a)(1)(A)(ii); CivLR 7.2 and 12.1]** <br><br> Courtroom: 4B <br> Judge: Hon. James E. Simmons, Jr. <br><br> Action Filed: March 15, 2023 |

Pursuant to Civil Local Rules 7.2 and 12.1, and Section 2(f)(4) of the ECF Manual, the parties—Plaintiffs Knife Rights, Inc., Eliot Kaagan, Jim Miller, Garrison Ham, North County Shooting Center, Inc., and PWGG L.P. (collectively, "Plaintiffs"); Defendant Rob Bonta, sued in his official capacity as the Attorney General of the State of California (herein, "Attorney General Bonta"); Defendant Kelly Martinez, sued in her official capacity as the Sheriff for the County of San Diego (herein, "Sheriff Martinez"); and

Defendant Summer Stephan, sued in her official capacity as the District Attorney of the County of San Diego (herein, "District Attorney Stephan") (collectively, the "Parties")—jointly move to file the following stipulation, and for an order thereon:

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between the Parties, through their respective counsel of record, as follows:

WHEREAS,

1. Plaintiffs filed this action and the initial Complaint against Defendants Attorney General Bonta, Sheriff Martinez, and District Attorney Stephan, in their official capacities only, on March 15, 2023 [ECF No. 1];

2. Defendant Attorney General Bonta filed an Answer to the Complaint on June 2, 2023 [ECF No. 8];

3. Defendants Sheriff Martinez and District Attorney Stephan filed an Answer to the Complaint on June 2, 2023 [ECF No. 9];

4. The parties attended an Early Neutral Evaluation Conference on August 7, 2023, before Magistrate Judge Leshner;

5. A status conference before Magistrate Judge Leshner is set for September 25, 2023, at 9:30 a.m.;

6. Plaintiffs wish to dismiss their Complaint against Defendants Sheriff Martinez and District Attorney Stephan, without prejudice, on the condition that all Parties bear their own attorneys' fees and costs with respect to the dismissal, and that the Parties agree that the absence of Defendants Sheriff Martinez and District Attorney Stephan as parties in this action will not be raised by any Party as a defense to any claim or request for relief in Plaintiffs' Complaint (e.g., no argument will be made that Sheriff Martinez and District Attorney Stephan are necessary or indispensable parties with respect to the claims and prayers for relief in the Complaint); and

///

///

7. The Parties agree to Plaintiffs' dismissal of their Complaint against Defendants Sheriff Martinez and District Attorney Stephan, without prejudice, on the conditions described in Paragraph 6, above;

NOW, THEREFORE, based on the foregoing facts and agreements, the Parties hereby stipulate that Plaintiffs' Complaint may be dismissed, without prejudice, as to defendants Sheriff Martinez and District Attorney Stephan, and jointly move the Court for an order of dismissal thereon.

IT IS SO STIPULATED.

DATED: September 25, 2023    CLAUDIA G. SILVA, County Counsel

By: *s/ Timothy M. White*
TIMOTHY M. WHITE, Senior Deputy
Attorneys for Defendants Kelly Martinez, in her official capacity as Sheriff for the County of San Diego, and Summer Stephan, in her official capacity as District Attorney for the County of San Diego
E-mail: Timothy.White@sdcounty.ca.gov

DATED: September 25, 2023    ROB BONTA,
Attorney General of California
R. MATTHEW WISE,
Supervising Deputy Attorney General
KATRINA UYEHARA
Deputy Attorney General

By: *s/Jane Reilley*
JANE REILLEY, Deputy Attorney General
Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California
E-mail: Jane.Reilley@doj.ca.gov

DATED: September 25, 2023    DILLON LAW GROUP APC

By: *s/John W. Dillon*
JOHN W. DILLON
Attorney for Plaintiffs Knife Rights, Inc., Eliot Kaagan, Jim Miller, Garrison Ham, North County Shooting Center, Inc., and PWGG L.P.
E-mail: jdillon@dillonlawgp.com

3

No. 23-cv-0474-JES-DDL

# SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to John W. Dillon, counsel for Plaintiffs Knife Rights, Inc., et al., and Deputy Attorney General Jane Reilley, counsel for Defendant Rob Bonta in his official capacity as Attorney General of the State of California, and that I have obtained Mr. Dillon's and Ms. Reilley's authorization to affix their electronic signatures to this document.

By: *s/ Timothy M. White*
Timothy M. White, Senior Deputy