# DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in the County of San Diego, California where the service occurred; and my business address is 1600 Pacific Highway, Room 355, San Diego, California, 92101.

On September 25, 2023, I served the following document(s):

- **JOINT MOTION FOR ORDER ON STIPULATION OF THE PARTIES TO DISMISS PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE AS TO DEFENDANTS SAN DIEGO COUNTY SHERIFF KELLY MARTINEZ AND SAN DIEGO COUNTY DISTRICT ATTORNEY SUMMER STEPHAN [Fed. R. Civ. P., Rule 41(a)(1)(A)(ii); CivLR 7.2 and 12.1]**

in the following manner:

☒ **(BY CM/ECF)** I caused to be transmitted a copy of the foregoing document(s) this date via the United States District Court's ECF System, in accordance with the rules governing the electronic filing of documents in the **United States District Court for the Southern District of California**, which electronically notifies all counsel as follows:

| | |
|---|---|
| JOHN W. DILLON<br>Dillon Law Group APC<br>2647 Gateway Road<br>Suite 105, No. 255<br>Carlsbad, CA 92009<br>Phone: (760) 642-7150<br>Fax:    (760) 642-7151<br>Email:  jdillon@dillonlawgp.com<br>(*Attorneys for Plaintiffs*) | ROB BONTA<br>Attorney General of California<br>R. MATTHEW WISE<br>Supervising Deputy Attorney General<br>JANE REILLEY<br>Deputy Attorney General<br>KATRINA UYEHARA<br>Deputy Attorney General<br>1300 I Street, Suite 125<br>Sacramento, CA 94244-2550<br>Phone: (916) 210-7867 Fax: (916) 324-8835<br>E-mail: jane.reilley@doj.ca.gov<br>            katrina.uyehara@doj.ca.gov<br>(*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*) |

I declare under penalty of perjury under the laws of State of California that the foregoing is true and correct.  Executed on September 25, 2023, at San Diego, California.

*Carina Foronda*
_____
By:   CARINA FORONDA
E-mail: carina.foronda@sdcounty.ca.gov

*Knife Rights, Inc. et al. v. California Attorney General, et al.;*
USDC No. 23-cv-0474-JES-DDL