UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNIFE RIGHTS, INC., ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG LP,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CALIFORNIA ATTORNEY GENERAL ROB BONTA, SAN DIEGO COUNTY SHERIFF KELLY MARTINEZ, AND SAN DIEGO COUNTY DISTRICT ATTORNEY SUMMER STEPHAN,<br><br>　　　　　　　　　　Defendants. | Case No.:  3:23-cv-0474-JES-DDL<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT AS TO DEFENDANTS SAN DIEGO COUNTY SHERIFF KELLY MARTINEZ AND SAN DIEGO COUNTY DISTRICT ATTORNEY SUMMER STEPHAN**<br><br>**[ECF No. 21]** |

　　　　Presently before the Court is the parties' joint motion and stipulation to dismiss Plaintiffs' Complaint (ECF No. 1) without prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as to defendants Kelly Martinez, sued in her official capacity as Sheriff for the County of San Diego, and Summer Stephan, sued in her official capacity as District Attorney for the County of San Diego, only. ECF No. 21. The Court **GRANTS** the request and **DISMISSES WITHOUT PREJUDICE** Plaintiffs' Complaint (ECF No. 1) as to defendants Kelly Martinez, sued in her official capacity as

1

1. Sheriff for the County of San Diego, and Summer Stephan, sued in her official capacity
2. as District Attorney for the County of San Diego.
3.     **IT IS SO ORDERED.**
4.
5. Dated:  September 25, 2023

_____
Honorable James E. Simmons, Jr.
Unites States District Judge