Rob Bonta
Attorney General of California
R. Matthew Wise, State Bar No. 238485
Supervising Deputy Attorney General
Katrina Uyehara, State Bar No. 349378
Deputy Attorney General
Jane Reilley
Deputy Attorney General
State Bar No. 314766
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3879
 Fax:  (415) 703-5480
 E-mail:  Jane.Reilley@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KNIFE RIGHTS, INC., ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG L.P.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA ATTORNEY GENERAL ROB BONTA,**<br><br>Defendant. | 3:23-cv-00474-JES-DDL<br><br>**JOINT MOTION TO EXTEND TIME FOR PARTIES TO FILE EXPERT DISCLOSURES AND COMPLETE EXPERT DISCOVERY**<br><br>Judge: The Honorable James E. Simmons, Jr. and Magistrate Judge David D. Leshner<br><br>Action Filed: 3/15/2023 |

Plaintiffs Knife Rights, Inc., Jim Miller, Garrison Ham, Eliot Kaagan, North County Shooting Center, Inc., PWGG, L.P., and Defendant Rob Bonta (in his official capacity as Attorney General of the State of California), through their respective counsel of record, hereby stipulate and jointly move the Court to extend the time for the parties to file their initial, supplemental, and rebuttal expert disclosures, and to complete expert discovery, for good cause shown, as follows:

**STIPULATION/JOINT MOTION**

WHEREAS,

1. Plaintiffs filed this action and the initial Complaint against Defendant Attorney General Rob Bonta on March 15, 2023 [ECF No. 1];

2. Plaintiffs allege that California Penal Code sections 17235, 21510, and 21590—which prohibit, among other things, the possession, carrying, and sale of switchblade knives with blade lengths two inches or more—violate Plaintiffs' Second Amendment Rights;

3. Defendant Bonta contends that the challenged statutory provisions are constitutional and duly enacted;

4. Plaintiffs' constitutional challenge to the aforementioned statutory provisions is governed by the text-and-history analytical framework set forth by the Supreme Court in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022). Defendant alleges this requires the parties' expert witnesses to conduct extensive, original historical research on novel issues; and Plaintiffs contend otherwise.

5. Under the Court's August 8, 2023 Scheduling Order [ECF No. 17], the parties are required to make the disclosures required by Federal Rule of Civil Procedure 26(a)(2)(A)-(C) by November 21, 2023, to make any supplemental and rebuttal expert disclosures under Federal Rules of Civil Procedure 26(a)(2)(D) and 26(e) by December 20, 2023, and to complete expert discovery by February 2, 2024;

6. Good cause exists to extend the deadlines set forth in Paragraph 5, *supra*, because the parties agree that extending these deadlines will benefit all parties and the Court by allowing Defendant and its expert witnesses sufficient time to fully develop the historical record pertinent to the Court's adjudication of Plaintiffs' claims;

7. The parties also need additional time due to calendar constrains and upcoming holidays; and

8. The extensions of time requested by the parties herein will not require the continuance of the current pretrial motion deadlines, pretrial deadlines, or trial date.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that: (1) the time for the parties to make the disclosures required by Federal Rule of Civil Procedure 26(a)(2)(A)-(C) shall be extended from November 21, 2023 to **December 20, 2023**; (2) the time for the parties to make any supplemental and rebuttal expert disclosures under Federal Rules of Civil Procedure 26(a)(2)(D) and 26(e) be extended from December 20, 2023 to **January 19, 2023**; and (3) the deadline for the parties to complete expert discovery be extended from February 2, 2023 to **February 16, 2023**.

| | | |
|---|---|---|
| 1 | Dated:  November 17, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | R. MATTHEW WISE |
| | | Supervising Deputy Attorney General |
| 4 | | |
| 5 | | /s/ *JANE REILLEY* |
| | | JANE REILLEY |
| | | Deputy Attorney General |
| 6 | | *Attorneys for Defendant Rob Bonta, in his official capacity as Attorney* |
| 7 | | *General of the State of California* |
| 8 | Dated:  November 17, 2023 | Respectfully submitted, |
| 9 | | DILLON LAW GROUP APC |
| 10 | | */s/ John W. Dillon* |
| | | JOHN W. DILLON |
| 11 | | *Attorneys for Plaintiffs Knife Rights, Inc., Eliot Kaagan, Jim Miller,* |
| 12 | | *Garrison Ham, North County Shooting Center, Inc., and PWGG* |
| 13 | | *L.P.* |

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | ***Knife Rights, Inc., et al. v. California Attorney General Rob Bonta, et al.*** | Case No. | **3:23-cv-00474-JES-DDL** |

I hereby certify that on <u>November 17, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **JOINT MOTION TO EXTEND TIME FOR PARTIES TO FILE EXPERT DISCLOSURES AND COMPLETE EXPERT DISCOVERY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 17, 2023</u>, at San Francisco, California.

| M. Mendiola | *M. Mendiola* (signature) |
|---|---|
| Declarant | Signature |

SA2023301419
43964004.docx