ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
KATRINA UYEHARA
Deputy Attorney General
State Bar No. 349378
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7867
 Fax: (916) 324-8835
 E-mail: Katrina.Uyehara@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his
official capacity as Attorney General of the
State of California*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KNIFE RIGHTS, INC., ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG L.P.,** | 3:23-cv-00474-JES-DDL **JOINT STATUS REPORT** |
| Plaintiffs, | Judge: The Honorable James E. Simmons, Jr. and Magistrate Judge David D. Leshner |
| **v.** | Action Filed: 3/15/2023 |
| **CALIFORNIA ATTORNEY GENERAL ROB BONTA,** | |
| Defendant. | |

1

1    Plaintiffs Knife Rights, Inc., Jim Miller, Garrison Ham, Eliot Kaagan, North

2  County Shooting Center, Inc., PWGG, L.P. and Defendant Rob Bonta (in his

3  official capacity as Attorney General of the State of California) (referred to

4  collectively herein as the parties), through their respective counsel of record, hereby

5  submit the instant Joint Status Report in compliance with the Court's December 7,

6  2023 Minute Order (EFC No. 26).

7    The parties have concluded fact discovery and initial expert disclosures were

8  made on December 20, 2023. The parties are proceeding to expert discovery.

9    In the event the Court denies the parties' concurrently filed joint motion to be

10  excused from the Mandatory Settlement Conference and its related requirements,

11  the parties are available to appear at the Mandatory Settlement Conference on

12  February 5, 2023, February 7, 2023, February 9, 2023, February 12, 2023 and

13  February 16, 2023.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated:  December 22, 2023

2

3

4

5

6

7

8

9

10   Dated:  December 22, 2023

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

DILLON LAW GROUP APC

By: /s/ John Dillon_____
JOHN DILLON
*Attorney for Plaintiffs*

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
JANE REILLEY
Deputy Attorney General

By:/s/ Katrina Uyehara___
KATRINA UYEHARA
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

3