# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Knife Rights, Inc., et al. v. California Attorney General Rob Bonta, et al.** | No. | **3:23-cv-00474-JES-DDL** |

I hereby certify that on <u>December 22, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## JOINT STATUS REPORT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 22, 2023</u>, at Sacramento, California.

| | |
|---|---|
| Ritta Mashriqi | */s/Ritta Mashriqi* |
| Declarant | Signature |

SA2023301419
37755141.docx