ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
JANE REILLEY
Deputy Attorney General
KATRINA UYEHARA
Deputy Attorney General
State Bar No. 349378
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7867
  Fax:  (916) 324-8835
  E-mail:  Katrina.Uyehara@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his
official capacity as Attorney General of the
State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KNIFE RIGHTS, INC., ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG L.P.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA ATTORNEY GENERAL ROB BONTA,**<br><br>Defendant. | 3:23-cv-00474-JES-DDL<br><br>**JOINT MOTION SEEKING EXCUSAL FROM THE MANDATORY SETTLEMENT CONFERENCE AND RELATED REQUIREMENTS**<br><br>Judge:      The Honorable James E. Simmons, Jr. and Magistrate Judge David D. Leshner<br>Action Filed: 3/15/2023 |

1

Plaintiffs Knife Rights, Inc., Jim Miller, Garrison Ham, Eliot Kaagan, North County Shooting Center, Inc., PWGG, L.P. and Defendant Rob Bonta (in his official capacity as Attorney General of the State of California) (referred to collectively herein as the parties), through their respective counsel of record, hereby jointly move the Court to excuse them from their obligations to appear at a Mandatory Settlement Conference and to comply with all requirements related to the Mandatory Settlement Conference. As set forth below, good cause exists to forego the Mandatory Settlement Conference requirement in this case.

By this lawsuit, Plaintiffs challenge the constitutionality of three California statutes—namely, California Penal Code sections 17235, 21510, and 21590—that pertain to switchblade knives. Plaintiffs believe that the challenged statutory provisions violate their constitutional rights under the Second Amendment to the U.S. Constitution. Plaintiffs seek injunctive and declaratory relief and will not dismiss the lawsuit unless Defendant ceases enforcement of the challenged statutes.

It is Defendant's position that the challenged provisions are constitutional and duly enacted. Given the Attorney General's sworn duty to uphold the laws of the State, the Attorney General cannot excuse Plaintiffs from compliance with or application of the challenged provisions, or otherwise refuse to enforce the challenged provisions. Cal. Const., art. III, § 3.5.

All parties agree that, in light of the parties' positions on the constitutionality of the challenged provisions, neither further settlement discussions nor a Mandatory Settlement Conference will produce a settlement in this case. For this reason, this Court previously vacated the Mandatory Settlement Conference in its Minute Order on September 25, 2023. ECF No. 23.

The parties respectfully request that the Court issue an order excusing them from the requirement to participate in the Mandatory Settlement Conference and its related requirements.

1   Dated:  December 22, 2023                    Respectfully submitted,

2
                                                DILLON LAW GROUP APC
3

4

5                                               By: /s/ John Dillon_____
                                                JOHN DILLON
6                                               *Attorney for Plaintiffs*

7

8

9

10  Dated:  December 22, 2023                    Respectfully submitted,

11                                              ROB BONTA
                                                Attorney General of California
12                                              R. MATTHEW WISE
                                                Supervising Deputy Attorney General
13                                              JANE REILLEY
                                                Deputy Attorney General
14

15

16                                              By: /s/ Katrina Uyehara___
                                                KATRINA UYEHARA
17                                              Deputy Attorney General
                                                *Attorneys for Defendant Rob Bonta, in*
18                                              *his official capacity as Attorney*
                                                *General of the State of California*
19

20

21

22

23

24

25

26

27

28