Rob Bonta
Attorney General of California
R. Matthew Wise
Supervising Deputy Attorney General
Jane Reilley
Deputy Attorney General
Katrina Uyehara
Deputy Attorney General
State Bar No. 349378
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7867
 Fax:  (916) 324-8835
 E-mail:  Katrina.Uyehara@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KNIFE RIGHTS, INC., ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG L.P.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA ATTORNEY GENERAL ROB BONTA,**<br><br>Defendant. | 3:23-cv-00474-JES-DDL<br><br>**DECLARATION OF KATRINA UYEHARA IN SUPPORT OF JOINT MOTION SEEKING EXCUSAL FROM THE MANDATORY SETTLEMENT CONFERENCE AND RELATED REQUIREMENTS**<br><br>Judge:       The Honorable James E. Simmons, Jr. and Magistrate Judge David D. Leshner<br><br>Action Filed: 3/15/2023 |

1

Declaration of Katrina Uyehara in Support of Joint Motion Seeking Excusal From The Mandatory Settlement Conference (3:23-cv-00474-JES-DDL)

I, Katrina Uyehara, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am authorized to appear before the above-entitled Court. I am employed as a Deputy Attorney General for the California Attorney General's Office within the California Department of Justice. I am assigned to represent Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, in this action.

2. I am fully informed of the facts and legal issues in this case.

3. The Court's December 7, 2023 Minute Order requested the parties provide the Court with three proposed dates for a mandatory settlement conference. ECF No. 26. By the Joint Motion concurrently filed by the parties, the parties respectfully request that the Court excuse all parties from the Mandatory Settlement Conference and its related requirements.

4. Good cause exists to excuse all parties from the Mandatory Settlement Conference and its related requirements. Plaintiffs and Defendant's respective counsel conferred via email on Monday, December 18, 2023. I participated in that email exchange. In the emails, Plaintiffs and Defendant discussed the possibility of settlement and all agreed, that due to the nature of the complaint, there is no potential for settlement of Plaintiffs' claims.

5. From the email exchange and the concurrently filed motion, I understand that Plaintiffs will not dismiss the lawsuit unless Defendant ceases enforcement of the challenged provisions.

6. It is Defendant's position that the challenged provisions are constitutional and duly enacted. Given the Attorney General's sworn duty to uphold the laws of the State, the Attorney General cannot excuse Plaintiffs from compliance with or application of the challenged provisions, or otherwise refuse to enforce the challenged provisions. Cal. Const., art. III, § 3.5. Accordingly, absent a complete dismissal of Plaintiffs' claims, there is no ground on which the parties can reach any settlement.

2

Declaration of Katrina Uyehara in Support of Joint Motion Seeking Excusal From The Mandatory Settlement Conference (3:23-cv-00474-JES-DDL)

1  I, Katrina Uyehara, affirm under penalty of perjury under the laws of the
2  United States and of the State of California that the foregoing is true and correct of
3  my own knowledge, and that this declaration is executed on the 22nd day of
4  December 2023 at Los Angeles, California.

8                      */s/ Katrina Uyehara*_____
9                      KATRINA UYEHARA
10                     Deputy Attorney General

Declaration of Katrina Uyehara in Support of Joint Motion Seeking Excusal From The Mandatory Settlement Conference (3:23-cv-00474-JES-DDL)