IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KNIFE RIGHTS, INC., ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG L.P.,**<br><br>   Plaintiffs,<br><br>v.<br><br>**CALIFORNIA ATTORNEY GENERAL ROB BONTA,**<br><br>   Defendant. | Case No. 3:23-cv-00474-JES-DDL<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION SEEKING EXCUSAL FROM THE MANDATORY SETTLEMENT CONFERENCE AND RELATED REQUIREMENTS** |

1

Having considered the Joint Motion Seeking Excusal From the Mandatory Settlement Conference, and good cause appearing, it is hereby ORDERED that:

The parties' request to be excused from the Mandatory Settlement Agreement and related requirements, including submission of Mandatory Settlement Conference proposal, response, statements, and confidential settlement letters, is GRANTED. Accordingly, the Court will not set a Mandatory Settlement Conference in this matter, and all parties are hereby relieved of their obligations to submit Mandatory Settlement Conference proposals, responses, statements, and confidential settlement letters.

IT IS SO ORDERED.

Dated: _____        _____
                                         Hon. David D. Leshner
                                         United States Magistrate Judge