John W. Dillon (SBN 296788)
jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNIFE RIGHTS, INC., ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG L.P., <br><br>Plaintiffs, <br><br>v. <br><br>CALIFORNIA ATTORNEY GENERAL ROB BONTA, ET AL., <br><br>Defendant. | 3:23-cv-00474-JES-DDL <br><br>**PLAINTIFFS' UNOPPOSED MOTION TO MODIFY COURT'S SCHEDULING ORDER TO EXTEND PRETRIAL MOTION DATE** <br><br>**Assignment:** <br><br>Honorable James E. Simmons, Jr. and Magistrate Judge David D. Leshner <br><br>Action Filed:    3/15/2023 |

Plaintiffs Knife Rights, Inc., Jim Miller, Garrison Ham, Eliot Kaagan, North County Shooting Center, Inc., PWGG, L.P., through their counsel of record, John W. Dillon, hereby moves the Court to modify its current scheduling order and extend the deadline to file all pretrial motions, for good cause shown, as follows below. This unopposed motion is supported by the concurrently filed declaration of John W. Dillon ("Dillon Decl.").

**UNOPPOSED MOTION**

WHEREAS:

1. Plaintiffs filed this action and the initial Complaint against Defendant Attorney General Rob Bonta on March 15, 2023 (ECF No. 1);

2. Plaintiffs allege that California Penal Code sections 17235, 21510, and 21590, which prohibit, among other things, the possession, carry, and sale of switchblade knives with blade lengths two inches or more violate Plaintiffs' Second Amendment rights;

3. Defendant Bonta contends that the challenged statutory provisions are constitutional;

4. Plaintiffs' constitutional challenge to the referenced statutory provisions is governed by the text-and-history analytical framework set forth by the Supreme Court in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022).

5. Since the Court granted the parties request to extend the deadlines for expert discovery, the parties have exchanged expert reports and rebuttal expert reports and have conducted five depositions of Defendants' expert witnesses Robert Escobar, Robert Spitzer, and Brennan Rivas, and Plaintiffs' rebuttal expert witnesses Michael Janich and David T. Hardy. See Dillon Decl., ¶ 4.

6. At the time of this motion, the parties have not received all the transcripts from depositions conducted this February. The transcripts are needed for Plaintiffs to review and use in potential future pretrial motions, including Plaintiffs Motion for

Summary Judgment. Accordingly, more time is needed to adequately prepare pretrial motions prior to the current deadline. Dillon Decl., ¶¶ 6-7.

7. Under the Court's August 8, 2023 Scheduling Order (ECF No. 17), the deadline for the parties to file all pretrial motions is currently set for March 1, 2024.

8. Good cause exists to extend the deadline set forth in paragraph 5, *supra*, because extending these deadlines will benefit all parties and the Court by allowing the parties to obtain copies of the deposition transcripts, review the transcripts, and use them in the parties' future pretrial motions. Dillon Decl., ¶¶ 8-9.

9. The extension of time requested by Plaintiffs will not require the continuance of the other current pretrial deadlines, or trial date. This request is also limited to thirty (30) days from March 1, 2024, to April 1, 2024. Dillon Decl., ¶ 9.

10. Parties, through their counsel, have met and conferred. Defendant's counsel has indicted that they do not oppose this motion. Dillon Decl., ¶ 3.

NOW THEREFORE, PLAINTIFFS HEREBY REQUEST, by the undersigned counsel, that this Court modify the current scheduling order and extend the pretrial motion deadline by 30 days. Thus, parties will be required to file all pretrial motions by April 1, 2024.

February 26, 2024

Respectfully submitted,

DILLON LAW GROUP APC

　*/s/ John W. Dillon*　
JOHN W. DILLON
*Attorneys for Plaintiffs Knife Rights, Inc., Eliot Kaagan, Jim Miller, Garrison Ham, North County Shooting Center, Inc., and PWGG L.P.*