John W. Dillon (SBN 296788)
jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNIFE RIGHTS, INC., ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG L.P., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA ATTORNEY GENERAL ROB BONTA, ET AL., <br><br> Defendants. | 3:23-cv-00474-JES-DDL <br><br> **DECLARATION OF JOHN W. DILLON IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER TO EXTEND PRETRIAL MOTION DATE** <br><br> **Assignment:** <br><br> Honorable James E. Simmons, Jr. and Magistrate Judge David D. Leshner <br><br> Action Filed:    3/15/2023 |

# DECLARATION OF JOHN W. DILLON

I, John W. Dillon, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am authorized to appear before the above-entitled Court, and am principal attorney of the Dillon Law Group APC, counsel for Plaintiffs Knife Rights Inc., Eliot Kaagan, James "Jim" Miller, Garrison Ham, North County Shooting Center, Inc., and PWGG L.P., in this action.

2. Good cause exists to grant Plaintiffs' unopposed motion to modify the scheduling order to extend the pretrial motion date, which requests that the Court issue an order extending by 30 days the deadline to file all pretrial motions other than motions *in limine*, including motion for summary judgment, set forth in the Court's operative Scheduling Order, ECF No. 17, to and including April 1, 2024.

3. Counsel for the parties conferred *via* email on February 24 and 26, 2024, regarding the deadline for filing motions in this action. Defendants' counsel informed me that they do not oppose Plaintiffs' motion.

4. The parties have been working diligently to complete all expert discovery, which has included the exchange of expert witness reports and expert witness rebuttal reports. In addition, the parties have conducted depositions of all expert and rebuttal expert witnesses.

5. Further, Plaintiffs have been working diligently to prepare their forthcoming motion for summary judgment and other pretrial motions.

6. However, as of the date of this motion and supporting declaration, Plaintiffs' counsel has not received the deposition transcripts from all the expert witness depositions. Plaintiffs intend to rely on these deposition transcripts in support of their forthcoming motion for summary judgment and other pretrial motions.

7. Plaintiffs need the additional time to obtain the expert deposition transcripts, review the transcripts, and prepare the necessary motions.

1

Declaration of John W. Dillon in Support of Plaintiffs' Unopposed Motion to Modify Scheduling Order to Extend Pretrial Motion Date (3:23-cv-00474-JES-DDL)

8. The requested modification to extend the time to file all pretrial motions, other than motions *in limine*, including the Plaintiffs' motion for summary judgment, will permit all parties additional time to prepare thoughtful motions for summary judgment that may eliminate the need to proceed to trial.

9. In light of the foregoing, it would benefit all parties and the Court to grant the Plaintiffs' unopposed motion for this brief extension of time to file any pretrial motions. The motion is unopposed and limited to 30 days. No other pretrial date, including the trial date, would be affected by the grant of this motion.

10. Plaintiffs do not request any other modifications of the current Scheduling Order.

11. At this time, Plaintiffs do not anticipate seeking any further modifications of any of the deadlines set forth in the Court's Scheduling Order.

I affirm under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct of my own knowledge, and that this declaration is executed on February 26, 2024 in Carlsbad, California.

                                            __*/s/ John W. Dillon*_____
                                            John W. Dillon
                                            Dillon Law Group APC

                                            Counsel for Plaintiffs