1  ROB BONTA
   Attorney General of California
2  R. MATTHEW WISE
   Supervising Deputy Attorney General
3  JANE REILLEY
   Deputy Attorney General
4  KATRINA UYEHARA
   Deputy Attorney General
5  State Bar No. 349378
    1300 I Street, Suite 125
6   P.O. Box 944255
    Sacramento, CA 94244-2550
7   Telephone: (916) 210-7867
    Fax: (916) 324-8835
8   E-mail: Katrina.Uyehara@doj.ca.gov
   *Attorneys for Defendant Rob Bonta, in his*
9  *official capacity as Attorney General of the*
   *State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KNIFE RIGHTS, INC., ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG L.P.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA ATTORNEY GENERAL ROB BONTA,**<br><br>Defendant. | 3:23-cv-00474-JES-DDL<br><br>**DEFENDANT ATTORNEY GENERAL ROB BONTA'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 22, 2024<br>Time: 10:00 a.m.<br>Courtroom: 4B<br>Judge: The Honorable James E. Simmons, Jr.<br>Trial Date: None set<br>Action Filed: March 15, 2023 |

**TO THE COURT, PLAINTIFFS, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on April 22, 2024, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 4B, of the 4th Floor of the above-titled court located at 221 West Broadway, San Diego, CA 92101, Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, shall move, and hereby does move, this Court for summary judgment under Federal Rule of Civil Procedure 56(a). Defendant brings this motion because California's restrictions on switchblades are constitutional under the Second Amendment of the United States Constitution.

This motion is based on this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities, Declaration of Katrina Uyehara in Support of Defendant's Motion for Summary Judgment, Declaration and Expert Report of Robert Spitzer, Declaration and Expert Report of Brennan Rivas, Declaration and Expert Report of Robert Escobar, including exhibits attached thereto; the pleadings and papers on file in this action; and such further evidence, both oral and documentary, as may be offered at the time of the hearing on the motion.

Dated: March 6, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
JANE REILLEY
Deputy Attorney General

*/s/ Katrina Uyehara*
KATRINA UYEHARA
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

Notice of Motion and Motion (Signed).docx

## CERTIFICATE OF SERVICE

Case Name:  **Knife Rights, Inc., et al. v. California Attorney General Rob Bonta, et al.**   No.   **3:23-cv-00474-JES-DDL**

I hereby certify that on March 6, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT ATTORNEY GENERAL ROB BONTA'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 6, 2024, at Sacramento, California.

|  |  |
|---|---|
| Eileen A. Ennis<br>Declarant | *Eileen A. Ennis*<br>Signature |

SA2023301419
37919382.docx