John W. Dillon (SBN 296788)
jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNIFE RIGHTS, INC.; ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA ATTORNEY GENERAL ROB BONTA, et al.<br><br>Defendants. | Case No. 23-cv-0474-JES-DDL<br><br>Hon. Hon. James E. Simmons, Jr. Magistrate Judge Hon. David D. Leshner<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

**TO THE COURT, DEFENDANTS, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on April 22, 2024, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 4B, of the 4th floor of the above-titled Court located at 221 West Broadway, San Diego, Plaintiffs Knife Rights, Inc., *et al.* (collectively, Plaintiffs) hereby move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, against Defendants California Attorney General Rob Bonta, et al. ("Defendants") on the 42 U.S.C. section 1983/Second Amendment claim in Plaintiffs Complaint. ECF No. 1. There are no genuine issues of material fact as to such claim and Plaintiffs are entitled to judgment as a matter of law.

Plaintiffs bring this motion because California Penal Code sections 17235, 21510, and 21590 (collectively "California Knife Ban"), prohibiting common automatically opening knives or "switchblades" is unconstitutional under the Second Amendment. Defendants' enforcement of these California Penal Code sections unconstitutionally infringes on, and unduly burdens, the fundamental right of Plaintiffs, Plaintiffs' members, and other similarly situated individuals who reside in California and those visiting California to keep and bear constitutionally protected arms in common use—including automatic opening knives or "switchblades" (as defined)—in violation of the Second Amendment. U.S. CONST. amend. II.

Plaintiffs submit that the matters required under Rule 56.3 are set forth in Plaintiffs' memorandum of points and authorities in support of Plaintiffs' motion for summary judgment filed concurrently with this motion. In support of this motion, Plaintiffs rely on: (i) Plaintiffs' Notice of Motion and Motion for Summary Judgment; (ii) Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Summary Judgment; (iii) Appendices In Support of Plaintiffs' Motion for Summary Judgment, including all declarations, documents, and

evidence attached thereto; (iv) Plaintiffs' Complaint (ECF No. 1); and (v) any further evidence or argument advanced at or prior to resolution of this motion. The parties, through their counsel, have met and conferred and were unable to resolve their differences necessitating this motion.

    Plaintiffs respectfully request that this Court enter judgment in their favor and against Defendants, declare that California Penal Code sections 17235, 21510, and 21590 are unconstitutional, and permanently enjoin their enforcement.

March 6, 2024,                      Respectfully submitted,

                                        DILLON LAW GROUP, APC

                                        John W. Dillon

*DILLON LAW GROUP APC*
Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

**Case Name:**

Knife Rights, Inc., et al. v.
California Attorney General Rob Bonta, et al.
**Case No.:** 3:23-CV-00474-JES-DDL

      I hereby certify that on March 6, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **Plaintiffs' Notice of Motion and Motion for Summary Judgment;**
- **Plaintiffs' Memorandum of Points and Authorities in Support of Notice of Motion and Motion for Summary Judgment; and**
- **Appendix in Support of Plaintiffs' Motion for Summary Judgment**

      I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 6, 2024, in Carlsbad, California.

                                                                                                John W. Dillon