John W. Dillon (SBN 296788)
jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNIFE RIGHTS, INC.; ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG L.P., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA ATTORNEY GENERAL ROB BONTA, <br><br> Defendants. | Case No. 23-cv-0474-JES-DDL <br><br> Hon. James E. Simmons, Jr. Magistrate Judge Hon. David D. Leshner <br><br> **APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br> **Part V: Bates No. KR2129-KR2146** |



KR2129



KR2130



KR2131

## Instructions for Operating PRESTO Automatic Safety Knife

—o—

OPENING - Move safety slide away from button. Press the button opening the blade.

CLOSING - Press the button. Close blade. Move safety slide towards button. This locks blade so it will not open in the pocket. Blade locks open and locks closed.

### KEEP YOUR KNIFE IN PROPER CONDITION

Do not sharpen blade on grind stone. Sharpen blade on oil stone by holding blade at a slight angle so that it will have a short bevel. Do not lay blade flat on stone when sharpening.

Oil joints of knife occasionally so that blade will open and close smoothly.

George Schrade Knife Company, Inc.
46 Seymour Street                                  Bridgeport, Conn.



KR2133

# BARGEON

#767 "French Automatic"  9" open, this is an unusual example of an out-the-front type; features two-piece construction completely held together by screws through the frame. Strong, crisp action. Black plastic knurled grips; chrome-plated metal bolsters top and bottom. Oversize 4" blade; beautifully polished. Factory boxed: $70.00





#743 "BARGEON Mini-Pushbutton" Very unusual item. 5½" open Features black plastic checkered handles, full brass liners with milled edges. Has the superbly polished stainless steel blade characteristic of all of the "BARGEON" knives. We've never seen finer finish and polish in any manufacturers items, regardless of price. Factory boxed: $60.00

#752 "BARGEON Stiletto" Avail. in two sizes: 7½" open, and 8½" open. (8½" sz. pictured) Both sizes feature handle slabs of imit. Stag. 7½" sz. has full brass liners w/milled edges, and button-locking of the blade; 8½" sz. has full steel liners, and lock-back blade release, as shown. Extremely powerfully sprung. Both sz. exhibit the superb blade finish mentioned above.  New, in interesting factory boxes: 7½" $75.00; 8½" $85.00



#788 "Le Superoto" Another example of the french version of the out-the-front type, this knife features very strong action, a wrap-around type of frame, and black checkered handles.  The item is screwed together through the frame. It appears to have a "safety" switch also, but we can't read the instruction sheet which is included with each piece, in order to get it to operate correctly. Parlay Vous French? Factory New: $60.00 (8½" open)

#755 "BARGEON Guilloche Stiletto" 7½" open; This is truly a beautiful piece; features all-metal handles with tasteful "engine turned" design, full brass liners with milled edges and the same beautiful fit and finish that we keep raving about. New in factory box: $80.00

#759 "BARGEON Black Beauty" Avail. in three sizes: 7½", 8½", or 9½". This model features black checkered grips, and is identical to the #752 described above, but the 9½" size is a real handful! All are extremely powerfully sprung. If you get the idea that we are quite taken with these new French additions to our list, you're correct! 7½": $75.00, 8½": $85.00, 9½": $95.00

## ⊛ BARGEON ⊛

# ÉNÉE & PEYLAIRE

#444 "French Automatic FLASH" 9" open has smooth textured black plastic handles and oversize 4" blade. Strong, crisp action. Very rarely seen type, with large top chromed bolster/guard. Factory new: $65.00



#465 "PEYLAIRE Pistol Knife" We had never seen one of these before, but there was one shown in the movie: "The Man Who Wasn't There". Well, now you can add one of these to your collection. Black metal frame. blade folds into the top of the "barrel"; pull the trigger and "BANG"! Opens like a "shot", if you'll pardon the pun. Factory boxed: $75.00

**KR2134**

*Stindale Battle of Comden 08733, Liberty Bell 26794, Paul Revere 08451. The Tennessean and Kentucky Copperhead 9272 serial numbered on blade. Grand Dad's Old Timer 01-410. Russell Barlow 04286. [8508Realf]*

**FOR SALE — Switchblade** knife book. Facts, types, spring repair, where to buy, over 80 photos, prof. printed. $8.00 Ppd. Tanz; Box 14221 Pittsburgh, PA 15239 [8512PD]

**FOR SALE—**"*The Knife with the Foot.*" New catalog, designs, prices, hunters, boots, fighters, fish fillet knives. Catalog, $1.00. Joe Barefoot, P.O. Box 1248, Earley, SC 29640. [8504-8602B]

**ELDON COURTNEY HANDMADE KNIVES** -Working and display bowies, fighters, hunters, boot and throwers. Information $2.00. Full time maker, delivery 4 months. K.G. Member, 2718 Bullinger A.R. Wichita, Kansas 67204 [8506B]

**FOR SALE TOOLS AND SUPPLIES** If your brand "X" woodcarving tools "can't cut it" just send 60 cents for our complete catalog of tools and supplies. Remember "Warren Tools give you the Edge" For information contact Warren Tool Co., Inc., Rt. 1, Box 14A-B, Rhinebeck, NY 12572. [8406B]

**KNIVES** All kinds. Historical weapons and swords. Also custom handmade knives and long knives. Any type your design or mine. Unbeatable prices. Three catalogs $2.00. De Intinis, 107 Summit Ave., Staten Island, NY 10306 [8510PD]

**CUSTOM MADE DAMASCUS KNIVES.** Fighters, Bowies, Daggers and Skinners. Also regular forged blades. My style or yours. All knives guaranteed. Cleston Sinyard, Rt. 2, Box

68 September/October 1985

**JUST RECEIVED! 25 RANDALL KNIVES** Hurry for best selection. Also unusual cutlery items, auto knife kits, etc. Send $2.00 for catalog to Gardner Cutlery, P.O. Box 525, Kernersville, NC 27284. [8608 PD]

**EXOTIC HARDWOODS** Direct importers of exotic woods. We cut woods specifically for the knifemaker and offer PRESENTATION QUALITY handle material. Rosewoods, Cocobolo, Ebonies, Pink Ivory, Snakewood, Desert Ironwood, Burls, and many other rare species. SPECIAL: Black Ebony 2 × 2 × 12 $15.00ppd. SASE for list. St. Johns Wood, 650 St. John, Pasadena, CA 91105 (818) 441-1067. [8608 PD]

**DIGBY'S FINE CUSTOM KNIVES** —from Sheffield, England. Send for details. Also, reputable dealers required. Digby's, P.O. Box 3659 Beach Station, Vero Beach, FL 32964 [8506B]

**SOLID HARDWOOD SLABS** Native and exotic wood, both standard and unusual size. "If we ain't got it we can try and get it!" SASE for price list. Selydwood, Box 6136, Bridgewater, NJ 08807 [8502-12B]

**FOR SALE** Custom knives from my personal collection. Top makers at great prices Send SASE for list. Frank Panico, P.O. Box 136, Peck Slip Station, New York, NY 10272. Or call (212) 964-2994 10 PM EST. [8512PD]

**FOR SALE R & C Knives** fall and winter catalog available now. Contains custom made folders, fighters, bowies, boots, hunters priced from $95 to $3000. Catalog $2. Refundable with purchase. P.O. Box 32631, San Jose, 95152. (408)

KR2135

knives guaranteed. Cleston Sinyard, Rt. 2, Box
68 September/October 1985

**FOR SALE AUTOMATIC KNIVES** High quality German types. Shipped direct from Germany. Send $3.00 for photos, list, and payment terms. Messer Hees, 5810 South 41st St., Greenfield, WI 53221. [8602 PD]

**HIBBEN COMMEMORATIVE** 1974 Arctic

KR2136

*Summer 1992*

# The utomatic nife
# Resource    Guide
# and
# NEWSLETTER

**KR2137**



KR2138



The author made the crude blade to show how futile anti-knife laws are. Below is an Italian-made automatic knife.



(Above) Examples of some modern automatic knives legally employed mainly by military and law enforcement officials are by, from top: Chuck Ochs, Benchmade/Al Mar GPA and an Italian-made folding hunter. (Dick photo)



Shawn Vallotton's Damascus Western. Shawn, along with father Butch and brother Rainy, makes automatic knives in Oregon, where it is legal to make them.

## Oregon's Switchblade Law

In Oregon it is legal to make, sell, buy or own switchblade knives. However, it is illegal to carry a switchblade knife, a gravity knife, a dagger, or a dirk concealed on one's person, or for a convicted felon to possess a switchblade or gravity knife. Most other states have banned switchblade knives. Under federal law it is illegal to mail, carry or ship a switchblade or gravity knife across state lines.

---

are over three times more likely to be used for murder than pocketknives. Short of forcing everyone to eat pre-prepared microwave meals, the law cannot deny criminals access to household cutlery. Plus, if we forced criminals to substitute kitchen knives for switchblades, we would probably increase the murder rate as the average butcher knife is far larger than the alternative.

Starting with Oregon's 1981 Annual Crime Report, an average of 22 percent of homicides and 18 percent of aggravated assaults were committed with cutting instruments each year through 1984. Contrary to national trends, knife assaults were lower than murders (it's possible Oregon defines the crime somewhat differently than other areas). From 1985 (the year switchblades were legalized) through 1992, 20 percent of murders and 17.7 percent of assaults were committed with cutting instruments (nationally, the edged-weapon murder rate averaged around 19.5 percent for the same years). While legalizing push-button folders may not prevent crime, murder and assault rates did average lower.

One of the primary reasons given for switchblades being so dangerous is that their ease of opening makes it more likely that someone will impulsively strike out in the heat of anger. From Oregon's crime rates, this does not seem to have resulted in a measurable increase in assaults. In any case, kitchen knives, screwdrivers, ice picks, hunting knives and scissors can all be used with even less effort.

Undoubtedly, someone will read numbers and decide the answer li banning all pocket, hunting and ki knives over a certain blade length prove just how futile this would be, I the following test. I selected a leng flat steel rod from a pile of scrap met on our ranch by a former resident. hacksawing off a short section, I easily ground and filed the scrap into a highly effective, 5 1/2-inch double-edge blade. Wrapping the base with a little duct tape provided a handle. Total time from scrap pile to weapon: about an hour. Steel type and carbon content? Heck if I know! Heat treatment and Rockwell hardness? Who cares! This homemade dagger will cut and stab as well as most knives and it's both stronger and larger than the majority of switchblades I've handled. Use it and throw it away, it was practically free anyway.

One-hand opening knives have many legitimate work and sporting applications. Carpenters, electricians, ranchers, gardeners and farmers all are presented with situations when only one hand is available to open a folding knife. The old sailing motto of "one hand for the ship and one hand for yourself" still applies to modern boaters. Canoers, kayakers and rafters would be equally well served by an auto-opener for emergency use, as would rock climbers and sport parachutists. No doubt most fishermen and hunters can remember a situation where a one-hand folding knife would have been a tremendous advantage. On the other hand, banning auto-opening folders has not reduced crime to any measurable degree. Having had over 30 years to experiment with this law and finding it ineffective, isn't it time we considered correcting the mistake? —

KR2139



KR2140



KR2141





# Flylock Automatic Safety Knives

IN presenting this modest catalog of FLYLOCK Automatic Safety Knives, we have made no effort to make of it an elaborate example of the printer's art. By the use of good paper and first class full size wood cuts, we have illustrated FLYLOCK Knives in a way which we believe will enable our customers to make intelligent selections when samples are not available.

The blades of FLYLOCK Automatic Safety Knives are automatically opened and locked—and when closed are locked automatically. They are opened with one hand, even a gloved hand. The action is easy, direct and positive. The mechanism is simple, strong and of precision accuracy—there is nothing to get out of order.

The automatic action precludes the possibility of broken finger nails or liability of accidental opening in the pocket.

Blades are forged from the best obtainable crucible cutlery and stainless steels and every blade in a FLYLOCK Knife possesses a strong, durable, keen cutting edge.

Every FLYLOCK Knife is guaranteed to give satisfactory service, but there is no guarantee against abuse or misuse. It is our desire that every individual user of a FLYLOCK Knife shall receive the extreme in quality, value and satisfaction. If for any reason a knife proves defective in either workmanship or material, we are only too glad of an opportunity to make good.

Net price lists printed in plain figures will be mailed promptly upon request.

*The Flylock Knife Company, Inc.*

KR2143



CATALOGUE NO. C15

# FLYLOCK Automatic Safety Knives

Automatically lock when <u>opened</u>

Automatically lock when <u>closed</u>

Just <u>one</u> operation with <u>one</u> hand

No fingernails are broken opening Flylock Knives

Safe ⁓ Always

Practical

Convenient



## The Flylock Knife Company, Inc.
106-110 Lafayette Street, New York

KR2144

# PLAINTIFFS' EXHIBIT AJ

**KR2145**



**Benchmade Adamas AXIS Manual**



**Benchmade Adamas AXIS Auto**

KR2146