ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
KATRINA UYEHARA
Deputy Attorney General
State Bar No. 349378
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7867
 Fax: (916) 324-8835
 E-mail: Katrina.Uyehara@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KNIFE RIGHTS, INC., ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG L.P.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA ATTORNEY GENERAL ROB BONTA,**<br><br>Defendant. | 3:23-cv-00474-JES-DDL<br><br>**EXPERT REPORT AND DECLARATION OF ROBERT ESCOBAR**<br><br>Dept:     4B<br>Judge:   The Honorable James E. Simmons, Jr. |

**EXPERT REPORT AND DECLARATION OF ROBERT ESCOBAR**

I, Robert Escobar, declare under penalty of perjury that the following is true and correct:

The California Department of Justice has asked me to provide an expert opinion in the above-captioned matter. My declaration and report below provides that opinion in detail. This report and declaration is based on my own personal knowledge and experience, and if I am called to testify as a witness, I could and would testify competently to the truth of the matters discussed in this report and declaration.

**BACKGROUND AND QUALIFICATIONS**

1. I received a Bachelor's degree in history from the University of Dallas in 1995. This institution requires a thesis and defense for completion of an undergraduate degree. My thesis was on the Boxer Rebellion in China (1899-1901), an event that has a strong connection to the martial arts history of Asia. Since graduating college, my primary occupation has been in business as a project manager and analyst, but I have maintained a deep interest in martial arts and the history of weapons.

2. In martial arts, I have attained a 2nd degree black belt in Goju-Ryu karate and a 1st degree black belt Kobudo (Okinawan-Japanese weapons). I am a black belt member of Budo-Kai International, a martial arts organization which conducts regular seminars, and several of the head instructors leading these seminars have experience in law enforcement or the military or in providing training to one or both. Additionally, I have trained in various martial arts for over 25 years. Besides the martial arts mentioned above, I have been trained in Krav Maga (Israeli military martial art); Brazilian Ju-Jitsu; hybrid wrestling (mixed martial arts); boxing; and HEMA (Historical European Martial Arts).

3. I am a certified Six Sigma© Black Belt, a project management certification, and am currently employed as a Project Manager at FORVIS, a

national public accounting firm. In addition to my primary occupation, I am engaged on a variety of writing and research projects, including researching historical weapons.

4. I am the author of *Saps, Blackjacks and Slungshots: A History of Forgotten Weapons* (Gatekeeper Press 2018). This work identified and addressed a large gap in the history of impact weaponry and martial arts and was used as a source by the California Attorney General's Office in *Fouts, et al. v. Becerra*, in addition to my testimony in that case. I am also the author of *Deadly Ingenuity: A History of Unusual Weapons from around the World and across time* (Gatekeeper Press 2023). This work sheds light on some historical weapons and fighting techniques that have not been surveyed before. The book offers a wide-ranging discussion, covering weaponry and martial arts history from different centuries and continents.

5. My research on historical weapons has been praised by a range of scholars and authorities on weapons and self-defense, including Massad Ayoob, a noted firearms and self-defense instructor; Thomas Jodziewicz, Ph.D., Professor Emeritus, former Chair of the Department of History (University of Dallas) and president of the Texas Catholic History Society; Ashley Sharpe, Ph.D., Anthropologist- Smithsonian Tropical Research Institute; and Sir Christopher Ricks, FBA (Fellowship of the British Academy, a distinction granted by the United Kingdom to leading academics), former professor at Oxford University, currently the William M. and Sara B. Warren Professor of the Humanities at Boston University.

6. I have completed an extensive level of research on the following weapons: (1) "saps" ("soft," and hard stunning bludgeons, see below); (2) "blackjacks" (very small, dense clubs that flex during use, see below; (3) "slungshots" (essentially pocket flails, quite popular for the majority of American history), which are still made and sold today, usually called monkey fists; (4)

"nunchaku" (commonly known as nunchucks); and (5) "billies" (short clubs of various sorts); and (6) small edged weapons (both professionally made and improvised such as ice picks and prison shanks/shivs) I have also conducted extensive research into the straight razor, another weaponry niche which I will address in an upcoming book. Through this research and my years of research regarding historical weapons in general and street weapons in particular, I have gained expertise in the origins and uses of a similar close combat weapon, the switchblade. My research has included studying a range of source material—from court cases to medical evidence and hands on experiments—in order to apprise the effectiveness of these weapons in the hands of both the law and lawless, the trained and untrained.

7. In my research over the years, I have read and collected a wide variety of sources and antique specimens on the subject of the street weapons of the western world. By necessity this has included a plentitude of police and criminal history from court records and newspaper articles in the U.S. and U.K., memoirs by law enforcers and breakers, as well as current and past training manuals made by law enforcement and martial artists. Additionally, I have interviewed people with practical experience with these tools.

8. Moreover, my ongoing martial artist training, including earning a black belt in certain weapons (including kobudo), supplements my scholarly research with some level of physical experience.

9. My conclusions are based on as clinical and fair an assessment of objective facts as I could produce. I was trained in historical methodology, although not at a graduate school level. My statements and conclusions in this document are not based on my personal opinion regarding whether or not weapons should be legally allowed for civilians.

10. I have provided expert witness testimony in *Fouts, et al. v. Becerra*, No. 3:19-cv-1662 (S.D. Cal.).

11. A true and correct copy of my current curriculum vitae is attached as **Exhibit A** to this declaration.

## RETENTION AND COMPENSATION

12. I have been retained by the California Department of Justice to render expert opinions in this case. I am being compensated at a rate of $150 per hour. My compensation is not contingent on the results of my expert analysis or the substance of my opinions or any testimony in this matter.

## BASIS FOR OPINION AND MATERIALS CONSIDERED

13. Counsel for Defendant provided me with the operative Complaint in this matter, copies of the relevant statutes being challenged, and other case-related documents pertinent to this matter. Other than these documents, my report is based on my own independent research.

## OPINIONS

### I. THE APPEAL OF THE SWITCHBLADE TO CRIMINALS

14. My research of the history of bladed weapons for this report shows a clear preference by criminals for edged-weapons that are culturally understood to be inherently frightening, including switchblades and their historical precursors.

### A. Early Spanish-Version of the Modern Switchblade: The Navaja

15. While a common word in Spanish today for knife, in historical weaponry, the term "Navaja" specifically refers to the signature Spanish fighting knife of antiquity. These large folding knives were the Spanish version of the Italian stiletto in a cultural context. They were strongly linked to criminal users, specifically the infamous Barateros in the 18th and 19th centuries. These were gangsters who controlled neighborhoods and extorted or robbed citizens in various ways, most famously with an extortion racket in gambling dens.[1] Rather than opening noiselessly or with a slight click as is the norm with any unfolding knife

---

[1] Henry George O'Shea, *O'Shea's Guide to Spain and Portugal* (1889).

that locks into place once fully deployed, Navajas had a ratchet mechanism that purposefully clicked loudly and progressively as the blade was being unfolded.[2] This loud, multi-click sound advertised the weapon's preparation for use in the same intimidating way that a shotgun being cocked does. To quote Blade Magazine, "In fact, it became the knife of choice among muggers who would rob people in alleyways and other dark urban areas. Victims knew they were about to be robbed when they heard the unmistakable popping sound the Navaja made when a mugger opened it."[3]

### B.  Australian Gang Usage of the Straight Razor

16.  Criminal gangs in Australia (to name just one country) embraced the straight razor, even though it is a poor choice as a weapon despite its namesake. Note the name "straight razor" actually refers to the obsolete folding shaving aid that was ubiquitous before the advent of the safety razor. Straight razors (also known as cut-throat razors) are delicate compared to knives both in blade and overall body; they were not designed or built to withstand stress.

17.  Self-defense instructor Ray Floro, creator of Floro Fighting Systems, is an edged weapon expert and instructor who "has instructed the US Special Forces, Korean Special Forces, various SWAT teams, New Zealand Police…"[4] In a video dedicated to switchblades, he describes their blades "as brittle as glass." Similarly, in conducting research for this report, I dropped a straight razor onto a hardwood floor from roughly elbow height. The handle broke, making the entire knife inoperable. Another weakness is that a straight razor is a folding blade with no locking mechanism of any kind. The risk of self-injury is thus extremely high compared to any other edged weapon. And yet, many gangs used this instrument as

---

[2] For an audible demonstration of the knife being unfolded, see the YouTube Video "Spanish Navaja .. (Navaja Arabe 101t..JJ Martinez)", https://youtu.be/UMLjtPvx2QI?si=ggtNj2BAO3tUdyLL.
[3] Mike Ableson, *The Navaja: A Spanish Gem*, Blade (Nov. 16, 2022), https://blademag.com/buyers-guides/the-navaja-a-spanish-gem.
[4] Raymond Floro, *About Page*, Raymond Floro (Dec. 18, 2023), https://rayfloro.net/about/.

a proud symbol of their gang and the violence they were capable of. Returning to Australia, the razor gangs from that country's past (1920s and 1930s) are legendary. Entire books have focused on them, such as *Daughter of the Razor: An Australian True Crime Story* (2016), *Razor: Tilly Devine, Kate Leigh and the Razor Gangs* (2001), *The Law of the Razor* (2008).

18. It is well-documented that the razor was the proud symbol of these gangs and that it was used to leverage the fear the public felt towards it. A common tactic was to slice the face of a living victim with one and leave them to be a walking advertisement of the gang's menacing presence.[5] Mr. Floro and martial arts instructor Bradley Steiner, the author of the only book on the razor as a weapon (Close Shaves, 1980), both attest to the tremendous intimidation factor the sight of a straight razor produces when brandished.[6]

19. In these two historical precedents (the Navaja and straight razor), violent criminals can be seen embracing knives that are readily concealable and seen by others as particularly frightening. Switchblades fall comfortably into this category of weapons that are particularly well-suited for criminal purposes.

## II. DANGERS IN USING AN AUTOMATIC KNIFE FOR SELF-DEFENSE

20. An automatic knife is by its nature the most complicated type of knife on the market. Comparing it to a fixed blade knife (the simplest) is in my opinion like comparing an AR-15 to a revolver, a revolver generally being considered the apex of reliability and simplicity in firearms. To better understand the dangers and impracticality of using an automatic knife for self-defense, it is helpful to first understand the three major knife categories. All knives can be classified into three categories: (1) fixed blade, (2) folding, and (3) out to the front ("OTF").

---

[5] "The 1920s: the Razor Wars", Sidney Crime Museum (Dec. 18, 2023), https://www.sydneycrimemuseum.com/crime-stories/1920s-the-razor-wars/.
[6] Bradley J. Steiner, *Close Shaves: The Complete Book of Razor Fighting* (1989), https://azinelibrary.org/approved/32973698-Close-Shaves-Steiner.pdf.

21. A fixed blade knife is, for all intents and purposes, one solid object featuring no moving parts. As such, it requires no preparatory actions to be taken once in-hand in order be ready for combat. Both folding and OTF knives contain their blades inside of the handle. Consequently, both require preparatory actions once in hand to release the blade before it can be used for defense. Automatic versions of those two types require multiple mechanical parts to enable this, as detailed below under Mechanical Failure. Their complex nature may be why Men's Gear magazine selected 15 knives as the best options for self-defense in 2023 without even one being an automatic knife.[7]

22. Similarly, the Contemporary Fighting Arts website explicitly warns readers against using automatic knives for self-defense: "Avoid using spring blades (i.e. switchblades, stilettos or other novelty knives) when engaged in knife combat. Spring blades are inherently dangerous when knife fighting for some of the following reasons: The internal spring can malfunction in a time of need. The structural integrity of the knife is usually poor and will not hold up in knife combat. The hand grips are usually too thin and often slippery for real world combat situations. They look menacing and have a criminal stigma attached to them."[8]

### A.   Mechanical Failure: Failing to Open or Lock

23. Any automatic mechanism that handles the unfolding or OTF opening requires small moving parts to work in unison. A switch (often a button) and safety (if present and set to the lock position) *and* blade locking mechanism (a different part from the safety lock, which is what ensures the knife will not fold back in on the owner during use) must each work successfully for the knife to be usable in combat. As with any machine or tool, mechanical failure is possible. Moving parts designed to work in unison can fail for a variety of reasons including wear,

---

[7] "15 Best Self-Defense Knives: Keep Yourself Safe With These Top Picks", *MensGear.net*, https://mensgear.net/self-defense-knives/.
[8] "Knife Fighting", ContemporaryFightingArts.com, https://contemporaryfightingarts.com/knife-fighting/.

misalignment, rust, breakage or shoddy construction.[9] A switchblade is no exception and involves a higher chance of mechanical failure than other weapons that are more commonly used for self-defense.

### B. User Error

24. The difficulties presented by using a switchblade properly also make switchblades a suboptimal self-defense weapon for the average person. Deployment of a switchblade in a self-defense emergency would require reaching into a pocket, removing the unseen item in the correct orientation (so the button is where the appropriate digit can engage it), gripping it an unnatural way (detailed below), pressing the button/flipping the switch and then changing grips into a natural, effective one for combative purposes. And all of that is assuming the safety is already off, which presents another hurdle to proper deployment.

25. Any unfolding switchblade requires the user to hold the knife handle in a precarious and unnatural manner in order to let the blade unfold. The back of the handle would rest in the palm. Meanwhile, the fingers and thumb would pinch the sides of the handle. The cutting edge in this way is on the side opposite the palm and does not come into contact with any part of the person's hand. In short, the

---

[9] A YouTube search for, "Switchblade fail" brings up a variety of videos on common switchblade operational issues and how to fix them. A sampling of these is provided: "Switchblade Knife: Broken Spring Repair in Pictures", YouTube (Dec. 18, 2023), https://youtu.be/IGkhQsiYQvI?si=-CB1RemUFZhtPKVd; "How to fix your automatic knife - Switchblade with button hard to press", YouTube (Dec. 18, 2023), https://youtu.be/SLSrgXvrsFQ?si=Na20xUX3W525k99-; "How to fix your automatic knife - Switchblade with slow or partial opening", YouTube (Dec. 18, 2023), https://youtu.be/5EeBbfAa0PM?si=v9uw_51A8Ok3kdtl; "How to fix on OTF automatic knife misfire", YouTube (Dec. 18, 2023), https://youtube.com/shorts/EaKTvPdVvn0?si=PPfNbDygtVaaA3Xd; "Most Common Problem With OTF Automatic Knives...Simple Fix :)", YouTube (Dec. 18, 2023), https://youtu.be/5EeBbfAa0PM?si=R02RmAzQ1gkOFETe; "SWITCHBLADE OTF KNIFE MECHANISM MALFUNCTION PART 1", YouTube (Dec. 18, 2023), https://youtu.be/mYXJJ4fnAWo?si=EOeIDln9Kj3IiWWY; "Switchblade Test Fail on Deployment l", YouTube (Dec. 18, 2023), https://youtube.com/shorts/uxcUK6LP5vw?si=sxvucSnW3U5LVwn4; "What to Do When Your OTF Knife Comes Off Track", YouTube (Dec. 18, 2023), https://youtu.be/Mzn5F8INPR4?si=aiMcJrZR89Cv7Rnw".

1  object is not fully grasped. Not even one of the five fingers encircles the object, so
2  that one entire side (lengthwise) is exposed.

3      26.    Therefore, any unfolding, automatic knife must be held only partially
4  so the opening action can take place, otherwise the back of the unfurling blade will
5  be blocked by the user's fingers. The natural, intuitive way to hold a knife handle or
6  anything of similar size and shape is with the fingers and thumb fully encircling the
7  handle/object. In fact, knife fighting martial arts call this the "natural grip" (see
8  grips overview below in this sub-section). This means automatic knives cannot be
9  used for self-defense until a significant grip adjustment is made, a transition from A
10 to B and back to A with A being the natural grip and B being the open ready
11 position.

12     27.    This is a multi-step fine motor skill operation that requires repeated
13 practice and training in a realistic, adrenalized simulation if it is to be relied upon in
14 a self-defense scenario.

15     28.    If a user operates the opening switch while holding the handle in the
16 most natural position, various undesired outcomes will result. For a single-edged
17 blade, the back of the blade would open into the user's fingers and be unable to
18 unfold for use. A double-edged blade would propel a cutting edge into the user's
19 own hand (inside of the fingers). In either of those two scenarios, there is the
20 additional problem that the interrupted opening of the blade means the entire
21 process must be reset. The operation must be restarted by reinserting the blade
22 inside the handle, effectively reloading the spring. Once that is done, the button
23 must be pressed again.

24     **C.**    **Additional Dangers Presented by Switchblades**

25     29.    There are three additional dangers presented by both kinds of
26 automatic knives.

27     30.    The first danger is failure to lock. A manually operated knife is locked
28 into place when opened by the user. The person thereby has tactile confirmation

9

that the blade has been securely locked and the knife is now safe to use. Anyone who opens a folding knife one or two handed will easily feel the locking action. This is because their hand is in direct contact with the blade itself as it is locked into place. That is not the case with an automatic knife. No part of either hand is touching the blade, so the user must trust that the blade locking action completed normally. Locking may fail to take place for the same reasons any machine action can fail (see mechanical failure causes above). In the midst of a sudden self-defense situation, the user is unlikely to realize that this failure occurred due to the touchless operation just described. They would therefore be unaware that they are wielding a blade that can close back down on their fingers with its cutting edge. And it will do so if pressure is brought to bear on the back of the blade or even point depending on the exact angle with the latter. Either way, this can easily occur in the unpredictable tussle of battle where any number of body parts or foreign objects (wall, door, side of a car, etc.) can provide the needed resistance to the blade to encourage it to close. This realistic danger is precisely why folding combat knives have locks in the first place.

31. The second danger is from failure to disengage the safety lock. The safety that many automatic knives feature is perfectly analogous to a firearm's safety. This sensible precaution ensures the knife is not accidentally triggered. And if engaged, then it must be flipped before the knife can be used in self-defense. This adds an additional step involving a small button or switch and fine motor skills to those already listed earlier to the muscle-memory/training requirements for the user. The overall dynamic is similar to firearms: there is a safety that should be engaged when walking around. Thus, it must be disengaged and then the "trigger" must be operated for defense use. Without a substantial amount of training, it is highly unlikely that an individual would be able to quickly and safely disengage a switchblade's safety lock—and then safely deploy the switchblade, as described above—in a self-defense situation.

32. Finally, switchblades present the substantial danger of accidentally opening. If a user fails to use the safety lock when stowing the automatic knife, accidental pressure on the button could trigger the switchblade to open. The owner may be unaware of this as the knife rests in a pocket, handbag, or other location. Should the need arise to quickly extract the knife from clothing or a bag, the user will be surprised to find the knife in the opposite position they expected. They could also cut themselves on the exposed blade.

33. The many pitfalls to automatic knives detailed in this section may be why the famous knives of the U.S. military and militaries around the world are all fixed blade. The fact that militaries the world over clearly prefer fixed blade knives to switchblades underscores the fact that switchblades are not well-suited for self-defense.

### III. IN COMPARISON TO OTHER TYPES OF WEAPONS, SWITCHBLADES ARE PARTICULARLY ILL-SUITED FOR SELF-DEFENSE

34. For several reasons, switchblades are particularly ill-suited to be used as weapons for self-defense. First, unlike weapons such as handguns, pepper spray, or tasers that can end or impede a threat from a distance, switchblades are strictly close-quarters weapons that require hand-to-hand combat skills in order to use safely and effectively against a threat.

35. Second, multiple knife and self-defense writers have observed that using a knife combatively is an action that lies beyond a mental threshold many are incapable of crossing. For example, Gershon Ben Keren is a 5th Degree Black Belt in Krav Maga, the martial art used by the Israeli military. He works in the security industry and holds Master Degrees in Criminology and Criminal Psychology, as well as Psychology. He states that, when compared to chemical sprays and batons, "Knives are used differently, they are not used just to cause pain but to cut and destroy tissue, and cause blood loss regardless of the part of the body which is targeted—they are also generally used at close range, rather than at distance. This

makes it hard to argue that they are by nature a defensive tool, in the same way that a spray, stick or flashlight could be represented as. This is not to say that a knife couldn't be used in a defensive capacity or manner just that inherently it would be difficult to argue that it is anything but an offensive weapon."[10]

36. Former police officer and current martial arts instructor Mike Pesesko warns watchers of his video on self-defense in the case of a home invader that he does not believe the average person will be psychologically capable of using a knife on an intruder.[11]

37. Marc 'Animal' MacYoung is a former streetfighter, bodyguard, bouncer, correctional institute Director and security guard. He mentions the significant mental barrier there is to using a knife effectively on an attacker in conjunction with the concept of, "resistance to kill," which in short is that most people feel said resistance and that this resistance increases the closer you get to the opponent.[12]

38. Combatives instructor Hock Hochheim is, "a former military police patrolman and investigator, a former Texas patrol officer and detective, and former private investigator." Although there are many instructors who teach the use of the knife, including Mr. Hochheim, he corroborates that there is a considerable anti-knife movement/belief in martial arts and self-defense communities. Regarding the anti-knife stance, he states, "I get the message from several Krav Maga, self-defense and combatives schools around the world…"[13]

---

[10] Gershon Ben Keren, "Defensive Knife Carry", BostonKravMaga.com (Dec. 18, 2023), https://www.bostonkravmaga.com/blog/krav-maga/krav-maga-weapons/defensive-knife-carry.html.
[11] "Choosing the Best Home Defense Weapon (Besides Guns), YouTube (Dec. 18, 2023), https://youtu.be/y-PnGz65W-I?si=_CjO1Lb-uzzSF6dV.
[12] Marc "Animal" MacYoung & Dianna Gordon MacYoung, "The Cost of Using a Knife", *No Nonsense Self-Defense* (Dec. 18, 2023) http://www.nononsenseselfdefense.com/costknife.htm.
[13] "Should You Even Dare Use A Knife To Defend Yourself?" Force Necessary: Hock's Hand, Stick, Knife and Gun Combatives (Dec. 18, 2023), https://www.forcenecessary.com/should-you-even-dare-use-a-knife-to-defend-yourself/.

39. As observed by Master Sergeant Ron Engelnam, combat veteran and head coach for Krav Maga Israel, "Very often the people who carried knives ended up getting stabbed with their own knives… This makes sense to me… If you pull out a knife and are not prepared to kill the person in front of you with it, chances are it's going to be used against you." [14]

## CONCLUSIONS

40. Knives—including switchblades—are offensive and deadly weapons by the nature of their design. Without proper training they can be turned against their own user. They have also been dropped in the ultra-intense, adrenalized situation of a self-defense encounter. And the overall danger of self-harm is higher than commonly understood. Additionally, multiple experts feel people will fail to use one when it matters most because it is a vicious, up-close implement.

41. Automatic knives, including switchblades, present a multitude of pitfalls in addition to those shared by all knives. They utilize a combination of small, moving parts. These parts have to work in unison as designed for the knife to be usable for self-defense. Like any contraption with moving parts, they are susceptible to mechanical failure for a variety of reasons. A fixed blade knife does not possess this weakness.

42. The chance for user error, present with all knives as seen in multiple news stories, is increased greatly with automatic knives. This is because a combination of fine motor skill movements and hand position changes including one so counterintuitive that it cannot be found in any taught knife hold must be used in rapid succession to successfully draw out and open an automatic knife in an emergency. A panicked response or overly enthusiastic grip can cause a user to accidentally trigger the opening mechanism before desired. For both types of

---

[14] "Why Carrying a Knife for Self Defense in Stupid", YouTube, https://youtu.be/R-uwsfgUDOc?si=iC9kWdjBxE_5bNUM.

automatic knives, OTF and unfolding, this can make the knife unusable until further action is taken—action that an attacker is unlikely to afford the knife owner.

43. In sum, switchblades are widely regarded as poor weapons of choice for self-defense.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 20, 2023, at  Dallas         ,  TX  .

                                                   _____Robert Escobar_____

                                                            Robert Escobar

# EXHIBIT A

# ROBERT ESCOBAR

317 Stoneledge                                                                                                    robert_escobar@sbcglobal.net
Irving, TX  75063                                                                                                                469.371.3224

## SUMMARY

A Six Sigma Black Belt, Robert has extensive experience at leading projects as well as launching and managing company level initiatives within finance, accounting and real estate organizations. More than once in his career, Robert has led a project his employer considered the largest in its history. Strengths include strategic analysis, process improvement, facilitation, communication and risk management.

## PROFESSIONAL EXPERIENCE

**BKD-FORVIS,** Dallas**,** TX                                                                                               **2015 – PRESENT**

**Project Manager**
1. First Project Manager in the company's new project management office.
2. Led the adoption, implementation, training and support of Smartsheet©. These duties included acting as the internal consultant and one-man support team for the entire company *in addition to* leading various projects.
3. Led what was described as the largest project the company had ever undertaken, a 4 year initiative to create a SharePoint-based intranet, file retention and sharing system with automated record retention. This was while supporting Smartsheet as mentioned above.
3. Implemented the Human Resource department's implementation of a new onboarding and offboarding software.
4. Led multiple merger projects when BKD and DHG merged into FORVIS, creating a top ten national public accounting firm.

**CELERITY,** McLean**,** VA                                                                                                    **2010 – 2015**

**Consultant**
1. Project Manager at Fannie Mae's national REO (Real Estate Owned) center. Worked on a transformational project that client was taking on to deal with the unprecedented downturn in the housing market.
2. Supported various lines of business during a highly challenging time and in a variety of capacities.

**JP MORGAN CHASE,** Irving, TX                                                                                         **2007 – 2010**

**Manager- Risk Audit Management & Quality** (August 2007 – January 2009)
1. Critical leader in the launch of an organization wide risk management and process improvement program. This included personally interviewing and auditing 13 operational teams, designing and overseeing the testing of 221 individual processes and working with management to identify and address critical risks.
2. Recommended and created the company's 1st ever centralized repository of policies & procedures.  This assisted in passing critical bank audits as well as improving efficiency through the use of automated updates and workflows.
3. Selected to serve on all offshore outsourcing initiative project teams.  In this capacity, identified and addressed a critical gap wherein these projects were not being properly vetted for compliance with legal and regulatory requirements, including the Gramm-Leach-Bliley and Bank Secrecy Acts.

**TOWN NORTH BANK,** Dallas, TX                                                                                        **2006 – 2007**

**Bank Officer- Business Systems Analyst** (April 2006 – August 2007)

1. Successfully led vendor selection, contract negotiation and implementation of a new payment processing partnership, realizing $20,000/month in savings and negotiating the out of court settlement of a potentially expensive corporate dispute.
2. Selected to act as "Internal Consultant" for the Mortgage Warehouse line of business, whose continued growth was highlighted as a Critical Success Factor for the bank.  This included observing and interviewing employees and management, documenting processes, identifying operational risk and identifying efficiency solutions.  Was then asked to participate in the development of the department's 5 Year Strategic Plan and lead exercises designed to improve the strategic planning capabilities of team management.
3. Audited all company departments on the security and efficiency of their paper based systems, creating a detailed deployment plan on how and where to best implement imaging.  This included creating a standardized imaging audit procedure and tool set.
4. Chosen as Project Manager for the deployment of SharePoint 2007 throughout the organization.  SharePoint was a new tool for the company subsequently utilized for managing and documenting audits, projects, policies and procedures.

**WASHINGTON MUTUAL BANK,** Irving, TX                                                              **2004 – 2006**

**Project Manager- Risk Implementation Specialist** (Aug 2004 – April 2006)
1. Completed a 'Top Ten' Commercial Group project (e.g. Lockbox Conversion) which touched the entire customer base.  In addition, led 3 of the Commercial Group's top 20 projects and 2 of the top 16 in 2005.
2. Designed a Risk Rating tool and methodology used to categorize and prioritize all identified process breakages and risks.  Also, created the communication vehicle for the program that captured these.
3. One of the primary drivers of the company's first structured project prioritization effort.  This involved creating and launching a local project governance board and acting as Council Chair.
4. Led initiative to review all MFL title policies.  This put the company concurrent with policy review work for the first time since process inception.  Also, identified a solution that eliminated the need to review most Title Policies going forward, thus greatly reducing cycle time and workload.  Implementation involved successfully negotiating with the Chief Legal Officers from the nation's largest title companies.

**TRANSAMERICA REAL ESTATE TAX SERVICE**, Dallas, TX                                 **1998 – 2004**

**Manager- Property Strategy** (July 2003 – July 2004)
1. Set the company strategy for the purchase of tax assessor data nationwide (average yearly expenditure of $1.9 million), reducing costs by $120,000 in 2004.
2. Responsible for maintaining the quality of the company's largest database while reducing manpower by 60%.
3. Acting as Project Manager for a new product initiative with 9 separate staffs.
4. Coached, mentored and motivated a staff of business analysts and IT programmers in exceeding departmental goals in a time of significant change.
5. During corporate merger, managed three operational teams as well as one of eight 'Transition' projects.

**Team Lead** (Mar. 2002 – July 2003)
1. Participated as the only associate on all three company Six Sigma Black Belt implementation teams, contributing to each and acting as the central liaison.
2. Led department associates in increasing the company's database quality by 600%, realizing $10 million in savings over a two-year period.
3. Managed a large, cross-functional project that affected over 80 associates and redesigned a core company process (credited with $1 million annual savings).

## EDUCATION

**University of Dallas**, Irving, TX
Bachelor of Arts in History – May 1995

## PROFESSIONAL TRAINING

1. Proficient with Project Management Institute (PMI) methodology, 2006-2007

2. Systemation © Practical Facilitation & Thriving on Conflict 2005
3. All Washington Mutual Bronze Certification training classes, 2004-2005
4. Six Sigma Black Belt Training and Certification, 2002 – 2003
5. Breakthrough Leadership Training I & II, 2003
6. 7 Habits of Highly Effective People, 2002
7. Toastmasters International, 2003-2005

## HONORS & ACHIEVEMENTS

- Promoted to Bank Officer within 1st year of company service, 2007
- Lightning Strikes Award ($2,000) received in first six months of company service, 2006
- Washington Mutual Silver Award, 2004
- Nominated by Sr. Vice President to be the only 'Transaction' Project Manager not from management, 2003
- Chosen by executive team to be the only Six Sigma Green Belt promoted to Black Belt, 2002
- Best Presentation, Team Lead Conference, 2002
- Best Supporting Team, 1998
- Perfect Attendance, Year, 1997

## COMPUTER SKILLS

Net G Certifications:  MS Word; Excel; PowerPoint; Access; FrontPage; HTML/Web Publishing
Recognized as the first Transamerica associate to achieve Mastery Level Certification in any Net G subject
Proficient with MS SharePoint; Mainframe; AS/400; QMF for Windows; RPG; SQL