# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Knife Rights, Inc., et al. v. California Attorney General Rob Bonta, et al.** | No. | **3:23-cv-00474-JES-DDL** |

I hereby certify that on <u>April 8, 2024,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**1. DEFENDANT ATTORNEY GENERAL ROB BONTA'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**2. DECLARATION OF KATRINA UYEHARA IN SUPPORT OF DEFENDANT ATTORNEY GENERAL ROB BONTA'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**3. DEFENDANT ATTORNEY GENERAL ROB BONTA'S OBJECTIONS TO REBUTTAL REPORT AND DECLARATION OF DAVID T. HARDY**

**4. EXPERT REPORT AND DECLARATION OF ROBERT SPITZER**

**5. EXPERT REPORT AND DECLARATION OF BRENNAN RIVAS**

**6. EXPERT REPORT AND DECLARATION OF ROBERT ESCOBAR**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 8, 2024</u>, at Sacramento, California.

| | |
|---|---|
| Eileen A. Ennis | */e/ Eileen A. Ennis* |
| Declarant | Signature |

SA2023301419
37998341.docx