ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
JANE REILLEY
Deputy Attorney General
KATRINA UYEHARA
Deputy Attorney General
State Bar No. 349378
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7867
Fax: (916) 324-8835
E-mail: Katrina.Uyehara@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as the Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KNIFE RIGHTS, INC., ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG L.P.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**CALIFORNIA ATTORNEY GENERAL ROB BONTA,**<br><br>Defendant. | 3:23-cv-00474-JES-DDL<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE PRETRIAL DEADLINES**<br><br>Courtroom: 4B<br>Judge: The Honorable James E. Simmons, Jr.<br>Trial Date: None set<br>Action Filed: 3/15/2023 |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 7-1, Plaintiffs Knife Rights, Inc., Eliot Kaagan, Jim Miller, Garrison Ham, North County Shooting Center, Inc., and PWGG L.P. (collectively "Plaintiffs"), and Defendant Rob Bonta, in his official capacity as Attorney General of the State of California ("Defendant") (together with Plaintiffs, the "Parties"), through their respective attorneys of record, hereby stipulate and request that the Court modify the pretrial schedule (Dkt. 17) in accordance with the stipulated schedule set forth herein.

WHEREAS, the Parties have filed respective motions for summary judgment (Dkt. 33, 34);

WHEREAS, on May 8, 2024, the Court heard argument on the Parties' motions for summary judgment and took the motions under submission (Dkt. 40);

WHEREAS, at the conclusion of the hearing on the Parties' motions for summary judgment, the Court indicated that it intended to issue a dispositive ruling at the time it decides the motions;

WHEREAS, on November 17, 2023, the Parties requested an extension of time to file expert disclosures (Dkt. 24), which the Court granted (Dkt. 25);

WHEREAS, the current scheduling order provides that the deadline to file pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) is set for June 5, 2024, the meeting of counsel required by Civil Local Rule 16.1(f)(4) is set for June 12, 2024, Plaintiffs' requirement to prepare and provide Defendant the proposed pretrial order pursuant to Civil Local Rule 16.1(f) is set for June 19, 2024, the deadlines to prepare, serve, and lodge the Proposed Final Pretrial Conference Order is set for June 26, 2024, and the final Pretrial Conference is set for July 3, 2024 at 1:30 p.m.;

WHEREAS, the granting of either of the Parties' motions for summary judgment would fully resolve all claims in this action and render moot the existing pretrial deadlines;

WHEREAS, any other decision of the Court on the pending motions for summary judgment may provide helpful guidance to the Parties in preparing their pretrial documents, including by narrowing the issues of law and fact for trial;

WHEREAS, the Parties have met and conferred on the need to continue the pretrial deadlines and agree that it is in the best interest of the Parties and the Court to continue the pretrial deadlines; and

WHEREAS, the Parties agree that good cause exists to continue the pretrial deadlines by approximately sixty (60) days;

NOW, THEREFORE, the parties hereby stipulate and jointly request that:

1. The Court continue the deadline to file pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) from June 5, 2024, to August 5, 2024.

2. The Court continue the Civil Local Rule 16.1(f)(4) deadline from June 12, 2024, to August 12, 2024.

3. The Court continue the deadline for Plaintiffs' counsel to provide Defendant's counsel with the proposed pretrial order from June 19, 2024, to August 19, 2024.

4. The Court continue the deadline to lodge the proposed final pretrial conference order, including any objections to any other parties' Federal Rule of Civil Procedure 26(a)(3) Pretrial Disclosures, from June 26, 2024, to August 23, 2024.

5. The Court continue the final Pretrial Conference from July 3, 2024, at 1:30 p.m. to a date at least 60 days later than the current date.

**IT IS SO STIPULATED.**

Dated: May 23, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
JANE REILLEY
Deputy Attorney General

*/s/ Katrina Uyehara*

KATRINA UYEHARA
Deputy Attorney General
*Attorney for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

Dated: May 23, 2024

Respectfully submitted,

DILLON LAW GROUP APC

*/s/ John W. Dillon*

JOHN W. DILLON
*Attorney for Plaintiffs Knife Rights, Inc., Eliot Kaagan, Jim Miller, Garrison Ham, North County Shooting Center, Inc., and PWGG L.P.*

# CERTIFICATE OF SERVICE

Case Name: ***Knife Rights, Inc., et al. v. California Attorney General Rob Bonta, et al.***

No. **3:23-cv-00474-JES-DDL**

I hereby certify that on May 23, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION AND REQUEST TO CONTINUE PRETRIAL DEADLINES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.:

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 23, 2024, at Fairfield, California.

| Shontane Adams | Shontane Adams |
| --- | --- |
| Declarant | Signature |

SA2023301419
91807331.docx