IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNIFE RIGHTS, INC., ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG L.P.,<br><br>Plaintiffs,<br><br>**v.**<br><br>CALIFORNIA ATTORNEY GENERAL ROB BONTA,<br><br>Defendant. | Case No. 3:23-cv-00474-JES-DDL<br><br>**ORDER GRANTING THE JOINT STIPULATION AND REQUEST TO CONTINUE PRETRIAL DEADLINES**<br><br>**[ECF No. 43]** |

1

1    Having considered the parties' joint stipulation, and good cause having been

2    shown, the Court hereby grants the stipulation and orders that the pretrial schedule

3    to be as follows:

4    The deadline to file pre-trial disclosure requirements pursuant to Federal

5    Rule of Civil Procedure 26(a)(3) is now set for August 5, 2024 at 11:59 PM.

6    The deadline for the pretrial meeting of counsel requirement pursuant to

7    Civil Local Rule 16.1(f)(4) is now set for August 12, 2024 at 11:59 PM.

8    The deadline for Plaintiffs to provide Defendant with the proposed pretrial

9    order pursuant to Civil Local Rule 16.1(f) is now set for August 19, 2024 at 11:59

10   PM.

11   The deadline to lodge the proposed final pretrial conference order, including

12   any objections to any other parties' Federal Rule of Civil Procedure 26(a)(3)

13   Pretrial Disclosures, is now set for August 23, 2024 at 11:59 PM.

14   The deadline for the final Pretrial Conference set for July 3, 2024, is now set

15   for August 28, 2024 at 1:30 PM.

16   **IT IS SO ORDERED.**

17   Dated:  May 24, 2024

18   _____
     Honorable James E. Simmons Jr.
19   United States District Judge

20

21

22

23

24

25

26

27

28

2