ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
JANE REILLEY
Deputy Attorney General
KATRINA UYEHARA
Deputy Attorney General
State Bar No. 349378
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7867
 Fax:  (916) 324-8835
 E-mail:  Katrina.Uyehara@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his
official capacity as Attorney General of the
State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KNIFE RIGHTS, INC., ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG L.P.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**CALIFORNIA ATTORNEY GENERAL ROB BONTA,**<br><br>Defendant. | 3:23-cv-00474-JES-DDL<br><br>**JOINT MOTION REQUESTING FOR THE COURT TO HOLD IN ABEYANCE PRETRIAL DATES AND DEADLINES**<br><br>Courtroom:  4B<br>Judge:       The Honorable James E. Simmons, Jr.<br>Trial Date:   None set<br>Action Filed: March 15, 2023 |

1

Plaintiffs Knife Rights Inc., et al. and Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, through their respective counsel of record and pursuant to Civil Local Rules 7.1 and 7.2, hereby jointly move the Court to hold in abeyance the Final Pretrial Conference and related dates and deadlines until after the Court rules on the parties' motions for summary judgment. Good cause exists to grant this joint motion, which is made on the following grounds:

1.     On March 6, 2024, the parties each filed motions for summary judgment. ECF No. 33 (Defendant's motion for summary judgment and supporting documents); ECF No. 34 (Plaintiffs' motion for summary judgment and supporting documents). The parties each request summary judgment of this case in its entirety, which, if either were to be granted by the Court, would dispose of this case in its entirety. *See id*.

2.     On April 8, 2024, the parties each filed briefs in opposition to the opposing party's motion for summary judgment. ECF No. 35 (Plaintiffs' opposition and supporting documents); ECF No. 36 (Defendant's opposition and supporting documents).

3.     On April 15, 2024, the parties each filed their reply briefs in support of their motions for summary judgment. ECF No. 37 (Defendant's reply in response to Plaintiffs' opposition); ECF No. 38 (Plaintiffs' reply in response to Defendant's opposition).

4.     On May 8, 2024, this Court held a hearing on the cross motions for summary judgment, and the motions were taken under submission.

5.     On May 23, 2024, the parties filed a joint motion to request a continuance for pretrial dates and deadlines set for June.

6.     On May 24, 2024, the Court issued an order granting the parties' joint motion. Pursuant to that order, the deadline for pre-trial disclosure requirements pursuant to Federal Rule of Civil Procedure 26(a)(3) is set for August 5, 2024, at

2

11:59 PM. The deadline for the pretrial meeting of counsel requirement pursuant to Civil Local Rule 16.1(f)(4) is set for August 12, 2024, at 11:59 PM. The deadline for Plaintiffs to provide Defendant with the proposed pretrial order pursuant to Civil Local Rule 16.1(f) is now set for August 19, 2024, at 11:59 PM. The deadline to lodge the proposed final pretrial conference order, including any objections to any other parties' Federal Rule of Civil Procedure 26(a)(3) Pretrial Disclosures is set for August 23, 2024, at 11:59 PM. The deadline for the final Pretrial Conference is set for August 28, 2024, at 1:30 PM.

7.    The parties jointly request that the Court hold in abeyance the Final Pretrial Conference and related dates and deadlines until after the Court rules on the parties' motions for summary judgment, which, if either is granted, could dispose of this case in its entirety without the need for trial or pretrial procedures. Good cause exists for this request, which would promote judicial efficiency and economy and save resources of the parties and the Court.

8.    If the Court's ruling on the parties' cross motions for summary judgment does not resolve this case in its entirety, the parties request 30 days after that ruling to meet and confer and submit a case status update with proposed dates and deadlines related to the Final Pretrial Conference for the Court's consideration.

9.    A proposed order will be lodged with the Court concurrently with this motion.

1    Dated:  July 17, 2024                         Respectfully submitted,

2                                                  ROB BONTA
                                                   Attorney General of California
3                                                  R. MATTHEW WISE
                                                   Supervising Deputy Attorney General
4                                                  JANE REILLEY
                                                   Deputy Attorney General
5

6                                                  */s/ Katrina Uyehara*
7                                                  KATRINA UYEHARA
                                                   Deputy Attorney General
8                                                  *Attorneys for Defendant Rob Bonta, in*
                                                   *his official capacity as Attorney*
9                                                  *General of the State of California*

10

11

12   Dated:  July 17, 2024                         Respectfully submitted,

13                                                 DILLON LAW GROUP APC

14

15                                                 */s/ John Dillon*
16                                                 JOHN DILLON
                                                   *Attorney for Plaintiffs*

17

18

19

20

21

22

23

24

25

26

27

28

4

# CERTIFICATE OF SERVICE

Case Name:   ***Knife Rights, Inc., et al. v.***          No.   **3:23-cv-00474-JES-DDL**
***California Attorney General Rob***
***Bonta, et al.***

I hereby certify that on <u>July 17, 2024,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## JOINT MOTION REQUESTING FOR THE COURT TO HOLD IN ABEYANCE PRETRIAL DATES AND DEADLINES

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 17, 2024</u>, at Oakland, California.

<table>
<tr><td>Shontane Adams</td><td><i>Shontane Adams</i></td></tr>
<tr><td>Declarant</td><td>Signature</td></tr>
</table>

SA2023301419
91858633.docx