IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KNIFE RIGHTS, INC., ELIOT KAAGAN, JIM MILLER, GARRISON HAM, NORTH COUNTY SHOOTING CENTER, INC., and PWGG L.P.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA ATTORNEY GENERAL ROB BONTA,**<br><br>Defendant. | Case No. 3:23-cv-00474-JES-DDL<br><br>**ORDER GRANTING JOINT MOTION FOR THE COURT TO HOLD IN ABEYANCE PRETRIAL DATES AND DEADLINES**<br><br>[ECF No. 47] |

Pending before the Court is a Joint Motion filed by Plaintiffs Knife Rights, Inc., et al. and Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, through their respective counsel of record and pursuant to Civil Local Rules 7.1 and 7.2, requesting that the Court hold in abeyance the Final Pretrial Conference and related dates and deadlines until after the Court rules on the parties' motions for summary judgment.

Good cause appearing, the Joint Motion is **GRANTED**, and the Court orders as follows:

1

The Court holds in abeyance the Final Pretrial Conference and related dates and deadlines until after the Court rules on the parties' motions for summary judgment. If the Court's ruling on the parties' motions for summary judgment does not resolve this case in its entirety, the parties shall have 30 days after that ruling to meet and confer and submit a case update with proposed dates and deadlines related to the Final Pretrial Conference for the Court's consideration.

**IT IS SO ORDERED**.

Dated:  July 29, 2024

_____
Honorable James E. Simmons Jr.
United States District Judge