

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Knife Rights, Inc.; Eliot Kaagan; Jim Miller; Garrison Ham; North County Shooting Center, Inc.; PWGG L.P.<br><br>**Plaintiff,**<br><br>V.<br><br>Rob Bonta California Attorney General<br><br>**Defendant.** | Civil Action No. 23-cv-00474-JES-DDL<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Grants Defendants' Motion for Summary judgment, and Denies Plaintiffs' Motion for Summary Judgment. Judgment is entered for Defendant.

Date:   8/23/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ S. Tweedle

S. Tweedle, Deputy